**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF FLORIDA

| Case number *(if known)* | | Chapter | **11** |
|---|---|---|---|

☐ Check if this an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy     04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **TooJay's Management LLC** |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **59-2320443** |

| | | |
|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** **3654 Georgia Avenue** **West Palm Beach, FL 33405** Number, Street, City, State & ZIP Code **Palm Beach** County | **Mailing address, if different from principal place of business** P.O. Box, Number, Street, City, State & ZIP Code **Location of principal assets, if different from principal place of business** Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) ☐ Partnership (excluding LLP) ☐ Other. Specify: |

| Debtor | TooJay's Management LLC | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

7225

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply:*

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| | District | | When | | Case number | |
|---|---|---|---|---|---|---|
| | District | | When | | Case number | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

☐ No

■ Yes.

| | Debtor | TJ Acquisition, LLC | Relationship | Affiliate |
|---|---|---|---|---|
| | District | Southern District of Florida | When 4/29/20 | Case number, if known |

Debtor    **TooJay's Management LLC**
Name

Case number (*if known*)

| Debtor | TooJay's Management LLC | | Case number (*if known*) | |
|---|---|---|---|---|
| | Name | | | |

**11. Why is the case filed in this district?**

Check all that apply:

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.  Insurance agency _____

Contact name _____

Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

. Check one:

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☑ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☑ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☑ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | TooJay's Management LLC | Case number (*if known*) |
|---|---|---|
| | Name | |

**Request for Relief, Declaration, and Signatures**

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  04/28/2020
MM / DD / YYYY

X _____          **Edward Maxwell Piet**
Signature of authorized representative of debtor          Printed name

Title   **CEO**

**18. Signature of attorney**

X _____          Date  4/28/2020
Signature of attorney for debtor          MM / DD / YYYY

**Michael Goldberg 886602**
Printed name

**Akerman LLP**
Firm name

**350 East Las Olas Boulevard**
**Suite 1600**
**Fort Lauderdale, FL 33301**
Number, Street, City, State & ZIP Code

Contact phone   **954-463-2700**       Email address   **michael.goldberg@akerman.com**

**886602 FL**
Bar number and State

**WRITTEN CONSENT OF**
**TOOJAY'S MANAGEMENT LLC**

April 28, 2020

The undersigned, being the sole member and manager of Toojay's Management LLC, a Florida limited liability company ("Management"), in lieu of holding a meeting, hereby waives all notices, statutory or otherwise, and consent to and approve the following resolutions:

WHEREAS, TJ Acquisition, LLC, a Delaware limited liability company ("Parent"), is the sole member and manager of Management, and Management is the sole member and manager of each of the entities set forth in **Exhibit A** hereto (the "Subsidiaries" and together with Management, each, a "Company", and collectively, the "Companies"); and

WHEREAS, the undersigned has considered the circumstances of the business, assets and outstanding liabilities of each Company, and determined that a restructuring is necessary in order to maintain each Company as a going concern.

NOW, THEREFORE, BE IT RESOLVED, that in the judgment of the undersigned, it is desirable and in the best interests of each Company, its creditors, and other interested parties that a petition be filed by each Company in the United States Bankruptcy Court for the Southern District of Florida (the "Bankruptcy Court") seeking relief under the provisions of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code");

RESOLVED FURTHER, that each of Maxwell Piet, John S. Castle and Eric Korsten (each, an "Authorized Person") is hereby authorized, empowered and directed on behalf and in the name of each Company to execute, verify and file all petitions, schedules, lists, and other papers or documents, and to take and perform any and all further actions and steps that such Authorized Person deems necessary, desirable and proper in connection with the commencement of each Company's chapter 11 case (the "Chapter 11 Case"); and

RESOLVED FURTHER, that subject to the Bankruptcy Code, and otherwise applicable law, each Authorized Person shall have all of the right, power and authority to manage and direct the business and affairs of each Company and to do any and all acts on behalf and in the name of each Company that are necessary or convenient to or in furtherance of any decisions within the scope of his authority and any and all actions that are related or incidental to the accomplishment of such actions, all without the consent of any other person or entity, including but not limited to the following: (i) the determination and implementation of an overall strategy in the Chapter 11 Case; (ii) the direction and administration of the Chapter 11 Case and the hiring and direction of each Company's professionals in connection therewith, (iii) the operation and management of each Company at all times during the pendency of the Chapter 11 Case, (iv) the development and adoption of any plan of restructuring or plan of liquidation for each Company, (v) the day-to-day responsibilities of each Company at all times during the pendency of the Chapter 11 Case; (vi) any process to market and sell each Company's assets; (vii) the borrowing of funds from, and provision of guaranties to, and the undertaking of related financing transactions, including the use of cash collateral, with such lenders and on such terms as may be reasonably necessary for the continuing conduct of the affairs of each Company and the paying of related fees and granting of security interests in and liens upon some, all or substantially all of each Company's assets, as may be deemed necessary by such Authorized Person in connection with such borrowings; (viii) making any other decisions or performing any other such acts consistent with operating each Company in the Chapter 11 Case and prosecuting the Chapter 11 Case to a successful conclusion; (ix) any and all action necessary or

convenient to or in furtherance of any of the foregoing; and (x) any and all actions related or incidental to the accomplishment of any of the foregoing, in each case without the consent of any other person or entity.

WHEREAS, each Company will require the services of legal, financial, restructuring, and other professionals during the Chapter 11 Case; and

WHEREAS, it is in the best interests of each Company, its creditors, and other interested parties to obtain debtor-in-possession financing in furtherance of the Chapter 11 Case.

NOW, THEREFORE, BE IT RESOLVED, that each Authorized Person is hereby authorized, empowered and directed on behalf and in the name of each Company to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the Chapter 11 Case;

RESOLVED FURTHER, that each Authorized Person is hereby authorized, empowered and directed on behalf and in the name of each Company to retain the law firm of Akerman LLP ("Akerman") as bankruptcy counsel to represent and assist each Company in carrying out its duties under chapter 11 of the Bankruptcy Code, and to take any and all actions to advance each Company's rights in connection therewith, and each Authorized Person is hereby authorized, empowered and directed on behalf and in the name of each Company to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the Chapter 11 Case, and to cause to be filed an appropriate application for authority to retain the services of Akerman;

RESOLVED FURTHER, that each Authorized Person is hereby authorized, empowered and directed on behalf and in the name of each Company to employ any other professionals necessary to assist each Company in carrying out its duties under the Bankruptcy Code; and in connection therewith, each Authorized Person is hereby authorized, empowered and directed on behalf and in the name of each Company to execute appropriate retention agreements, pay appropriate retainers prior to or immediately upon the filing of the Chapter 11 Case and cause to be filed appropriate applications with the Bankruptcy Court for authority to retain the services of any other professionals, as necessary, and on such terms as are deemed necessary, desirable and proper;

RESOLVED FURTHER, that each Authorized Person is hereby authorized, empowered and directed on behalf and in the name of each Company to obtain post-petition financing according to terms which may be negotiated by the management of each Company, including under debtor-in-possession credit facilities or the use of cash collateral; and to enter into any guaranties and to pledge and grant liens on its assets as may be contemplated by or required under the terms of such post-petition financing or cash collateral agreement; and in connection therewith, each Authorized Person is hereby authorized, empowered and directed on behalf and in the name of each Company to execute appropriate loan agreements, cash collateral agreements and related ancillary documents;

RESOLVED FURTHER, that each Authorized Person is hereby authorized, empowered and directed on behalf of and in the name of each Company to seek the highest and best value for the assets of each Company, including (a) marketing each Company, its business and its assets, (b) identifying appropriate third party purchasers, strategic and financial, (c) negotiating the terms and conditions of, and entering into one or more appropriate letters of intent, term sheets, or purchase and sale agreements in respect of the assets of each Company or a chapter 11 plan, (d) obtaining any orders, consents or approvals of the Bankruptcy Court and other third parties necessary or appropriate to carry out the transactions contemplated by such agreements or documents, and (e) taking any other actions reasonably necessary in connection therewith;

2

RESOLVED FURTHER, that each Authorized Person is hereby authorized, empowered and directed on behalf and in the name of each Authorized Person to take any and all actions, to execute, deliver, certify, file and/or record and perform any and all documents, agreements, instruments, motions, affidavits, applications for approvals or rulings of governmental or regulatory authorities or certificates and to take any and all actions and steps deemed by such Authorized Person to be necessary or desirable to carry out the purpose and intent of each of the foregoing resolutions and to effectuate a successful Chapter 11 Case; and

RESOLVED FURTHER, that any and all actions heretofore taken by any Authorized Person on behalf and in the name of any Company in furtherance of the purpose and intent of any or all of the foregoing resolutions be, and hereby are, ratified, confirmed, and approved in all respects.

FURTHER RESOLVED, that any party receiving an executed copy, a facsimile or an electronic transmission by e-mail, or similar medium in portable document format or comparable format which contains an electronic image of the document and requisite signatures, of these resolutions may rely hereon; and

FURTHER RESOLVED, that this Written Consent may be executed in one or more counterparts and all of such counterparts shall collectively constitute an original consent.

\* \* \* \* \*

3

**IN WITNESS WHEREOF**, the undersigned has executed this Written Consent as of the date first written above.

TJ ACQUISITION, LLC

By:_____
    Name: John S. Castle
    Title: Authorized Person

**Exhibit A**
**Subsidiaries**

| # | Subsidiary | Type and Jurisdiction of Organization |
|---|---|---|
| 1 | TooJay's Bakery & Commissary, L.L.C. | Florida LLC |
| 2 | TooJay's Palm Beach, L.L.C. | Florida LLC |
| 3 | TooJay's Lake Worth, L.L.C. | Florida LLC |
| 4 | TooJay's Jupiter, L.L.C. | Florida LLC |
| 5 | TooJay's Polo, L.L.C. | Florida LLC |
| 6 | TooJay's Stuart, L.L.C. | Florida LLC |
| 7 | TooJay's Altamonte, L.L.C. | Florida LLC |
| 8 | TooJay's of West Boca, L.L.C. | Florida LLC |
| 9 | TooJay's Colonial, L.L.C. | Florida LLC |
| 10 | TooJay's at Dr. Phillips, L.L.C. | Florida LLC |
| 11 | TooJay's Vero, L.L.C | Florida LLC |
| 12 | TooJay's of Lake Mary, LLC | Florida LLC |
| 13 | TooJay's Waterford Lakes, L.L.C. | Florida LLC |
| 14 | TooJay's Coral Springs, L.L.C. | Florida LLC |
| 15 | TooJay's of Sarasota, L.L.C. | Florida LLC |
| 16 | TooJay's Plantation, L.L.C. | Florida LLC |
| 17 | TooJay's Glades, L.L.C. | Florida LLC |
| 18 | TooJay's of The Villages, L.L.C. | Florida LLC |
| 19 | TooJay's Downtown Gardens, L.L.C. | Florida LLC |
| 20 | TooJay's VLG II, L.L.C. | Florida LLC |
| 21 | TooJay's of Ocoee, L.L.C. | Florida LLC |
| 22 | TooJay's.com, L.L.C. | Florida LLC |
| 23 | TooJay's of Lakeland, L.L.C. | Florida LLC |
| 24 | TooJay's Downtown Tampa, L.L.C. | Florida LLC |
| 25 | TooJay's Villages III, L.L.C. | Florida LLC |
| 26 | TooJay's Hallandale, L.L.C. | Florida LLC |
| 27 | TooJay's West Palm Beach, L.L.C. | Florida LLC |
| 28 | TooJay's Wellington Commons, L.L.C. | Florida LLC |
| 29 | TooJay's Boynton Oakwood Square, LLC | Florida LLC |
| 30 | TooJay's Pembroke Pines, L.L.C. | Florida LLC |
| 31 | TooJay's Naples, LLC | Florida LLC |
| 32 | TooJay's N Ft. Lauderdale, L.L.C. | Florida LLC |
| 33 | TooJay's Dania Beach, L.L.C. | Florida LLC |

**United States Bankruptcy Court**
**Southern District of Florida**

In re    **TooJay's Management LLC**                  Case No.
                               Debtor(s)             Chapter    **11**

## VERIFICATION OF CREDITOR MATRIX

I, the CEO of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    4 - 28 - 2020                                                                                                                                                                 

**Edward Maxwell Piet/CEO**
Signer/Title

2980 INVESTMENTS LLC
C/O LEGACY BANK OF FLORIDA
FORT LAUDERDALE, FL 33301


A-B MICROWAVE OVEN SERVICE INC
4211 N. ORANGE BLOSSOM TR
ORLANDO, FL 32804


ACME SMOKED FISH OF FLORIDA LLC
1400 SW 1ST COURT
POMPANO BEACH, FL 33069


AFCO
PO BOX 360572
PITTSBURGH, PA 15250-6572


AIRGAS DRY ICE
PO BOX 951873
DALLAS, TX 75395-1873


ALBANY PACKAGING USA LLC
451 GOOLSBY BOULEVARD
DEERFIELD BEACH, FL 33442


ALL AMERICAN CONTAINERS INC
9330 N.W. 110TH AVENUE
MIAMI, FL 33178


ALL CLEAR TECHNOLOGIES
1001 YAMATO ROAD
BOCA RATON, FL 33431


ALTEC PRODUCTS, INC.
23422 MILL CREEK DRIVE STE-225
LAGUNA HILLS, CA 92653


American Express Credit Card
P.O. Box 650448
Dallas, TX 75265-0448


AMERICAN FOOD EQUIPMENT & SUPPLY, INC.
1372 NORTH GOLDENROD RD #23
ORLANDO, FL 32807

ANNE M. GANNON TAX COLLECTOR
PO BOX 3828
WEST PALM BEACH, FL 33402-3828


AQUA CHILL
135 WESTON ROAD #103
WESTON, FL 33326


ARAMARK UNIFORM
PO BOX 731676
DALLAS, TX 75373-1676


ATLANTIC PERSONNEL & TENANT SCREENING
8895 N. MILITARY TRAIL
PALM BEACH GARDENS, FL 33410


BAKEMARK USA, LLC
6307 NORTH 53RD STREET
TAMPA, FL 33610


BARBARA FORD-COATES, TAX COLLECTOR
101 S. WASHINGTON BLVD.
SARASOTA, FL 34236-6993


BC HOLDINGS OF NY INC
c/o Brian Bast
22 RANCHER PLACE
Huntington, NY 11743


BDO USA LLP
PO BOX 642743
PITTSBURGH, PA 15264-2743


BENESH FRIEDLANDER COPLAN & ARNOFF LLP
ATTN: ACCOUNTING DEPT
CLEVELAND, OH 44114-2378


BIZERBA USA INC
PO BOX 1041
NEW YORK, NY 10268-1041


BOTTLING GROUP LLC
LOCKBOX #841828
DALLAS, TX 75284-1828

BROOKSIDE EQUITY PARTNERS LLC
201 Tesser Blvd.
Stamford, CT 06901


Brookside Mezzanine Fund II, L.P.
c/o Gregory Foy
Brookside Mezzanine Partners
201 Tresser Blvd.; Suite 330
Stamford, CT 06901


Brookside Mezzanine Fund II, LP
c/o Choate, Hall & Stewart LLP
Attn: Andrew J. Hicky, Esq.
Two International Place
Boston, MA 02110


Brookside Mezzanine Fund III, L.P.
c/o Gregory Foy
Brookside Mezzanine Partners
201 Tresser Blvd., Suite 330
Stamford, CT 06901


BROWARD COUNTY TAX COLLECTOR
115 S ANDREWS AVE
FORT LAUDERDALE, FL 33302-9009


CA FLORIDA HOLDINGS, INC.
GATEHOUSE MEDAI WEST PALM BEACH-ADV
DALLAS, TX 75312


CANON SOLUTIONS
15004 COLLECTIONS CENTER DR
CHICAGO, IL 60693-0150


CENTRAL BULB INC.
1100 W.FAIRBANK AVE
WINTER PARK, FL 32789


CENTRAL FLORIDA EXPRESSWAY AUTHORITY
VIOLATION ENFORCE. SECTION
ORLANDO, FL 32858-5070


CENTRAL WINDOW CLEANING
P. O. BOX 1772
JUPITER, FL 33468

CHENEY BROS INC
ONE CHENEY WAY
RIVIERA BEACH, FL 33404


CIRCLE PLUMBING INC.
253 CENTER COURT
VENICE, FL 34285


CITY OF HALLANDALE BEACH
400 SOUTH FEDERAL HWY
HALLANDALE BEACH, FL 33009


CITY OF OCOEE
150 N. LAKESHORE DRIVE
OCOEE, FL 34761-2258


CITY OF PEMBROKE PINES UTILITY
PO BOX 269005
PEMBROOKE PINES, FL 33026


CITY OF WEST PALM BEACH
P.O BOX 3366
WEST PALM BEACH, FL 33402-3366


CITY OF WPB PUBLIC UTILITIES
PO BOX 30000
TAMPA, FL 33630-3000


CLEAR-VU  OF VERO, INC.
1308 HOMETOWN DR
VERO BEACH, FL 32966


CORAL SPRINGS TRADE CENTER LTD
PO BOX 864902
ORLANDO, FL 32886-4902


Coral Springs Trade Center, LTD
2900 University Drive
Pompano Beach, FL 33065


COVERALL NORTH AMERICA INC
2955 MOMENTUM PLACE
CHICAGO, IL 60689

CUSTOM CULINARY, INC.
PO BOX 205922
DALLAS, TX 75320-5922


DADE PAPER CO
P.O. BOX 523666
MIAMI, FL 33152


Dania Live 1748, LLC
3333 New Hyde Park Road
Suite 100
New Hyde Park, NY 11042


DAVE'S PLUMBING INC
499 SE SEVILLE STREET
STUART, FL 34994


DAVID W. JORDAN LAKE COUNTY TAX COLLECTO
P.O BOX 327
TAVARES, FL 32778


DAWN FOOD PRODUCTS INC
PO BOX 675024
DALLAS, TX 75267-5024


DAWN LOVELL, INC.
2721 SW 10TH STREET
OCALA, FL 34474


DDR CORP
DEPT. 109154 30352 38574
CHICAGO, IL 60673-1265


DDR Southeast Fountains, LLC
3300 Entrerprise Parkway
Beachwood, OH 44122


DEBRIKK WINDOW CLEANING, INC.
1240 DEAN STREET
ST. CLOUD, FL 34771


DEDICATEDIT
754 PARK AVE
LAKE PARK, FL 33403

DEE MARIA PLUMBING INC
4601  GEORGIA AVE
WEST PALM BEACH, FL 33405


Devnull Ocoee LLC
104 Avenue K East
Alamogordo, NM 88310


DEVNULL OCOEE LLC
C/O GRANDSTAFF COMMERCIAL
ORLANDO, FL 32803


Diversified Companies
6300 NE 1st Avenue
Fort Lauderdale


DOUBLE T MULTI MEDIA LLC
P.O. BOX 771240
ORLANDO, FL 32877-1240


DOUBLEEAGLE
50 Lock Road
DEERFIELD BEACH, FL 33442


DOUG BELDEN, TAX COLLECTOR
PO BOX 30012
TAMPA, FL 33630-3012


DOVE AIR CONDITIONING & REFRIG. INC.
2581 JUPITER PARK DR # F 10
JUPITER, FL 33458


DSE ELECTRICAL SERVICES & MAINT INC
540 E. HORATIO AVE, STE 301A
MAITLAND, FL 32751


DU-ALL SEWER & DRAIN, INC.
509 SOUTH  H  STREET
LAKE WORTH, FL 33460


Duke Energy
PO Box 1004
Charlotte, NC 28201-1004

E&T PLASTICS OF FLORIDA, INC.
45-45 37TH STREET
LONG ISLAND CITY, NY 11101


ECOLAB FOOD SAFETY SPECIALTIES, INC.
24198 NETWORK PLACE
CHICAGO, IL 60673-1241


EDENS LIMITED PARTNERSHIP
DEPARTMENT #2174
ATLANTA, GA 30353-6856


EDWARD DON COMPANY
2562 PAYSPHERE CIRCLE
CHICAGO, IL 60674


EEC ACQUISITIONS LLC
EEC ACQUISITION LLC
CHICAGO, IL 60674-8980


ENTERPRISE FM TRUST
CUSTOMER BILLING
KANSAS CITY, MO 64180-0089


Equity One (Florida Portfolio) LLC
One Independent Drive
Suite 114
Jacksonville, FL 32202


ESPRIT VENTURES LLC
PO BOX 530655
DEBARY, FL 32753-0655


EVERS PROFESSIONAL WINDOW CLEANING LLC
4180 WASHINGTON LINE UNIT #103
NAPLES, FL 34116


Excel Trust L.P.
10920 Via Frontera
Suite 220
San Diego, CA 92127


FAEGRE DRINKER BIDDLE & REATH LLP
2200 WELLS FARGO CENTER
MINNEAPOLIS, MN 55402-3901

FARMER & IRWIN CORP
3300 AVENUE K
RIVIERA BEACH, FL 33404

FEDERAL EXPRESS CORP
P.O. BOX 660481
DALLAS, TX 75266-0481

FLAYCO PRODUCTS, INC.
P.O BOX 15967
TAMPA, FL 33684

FLORIDA PUBLIC UTILITY
P.O BOX 2137
SALISBURY, MD 21802-2137

FLORIDA RESTAURANT & LODGING ASSOCIATION
P.O BOX 1779
TALLAHASSEE, FL 32302-1779

FORERUNNER TECHNOLOGIES INC
150-M EXECUTIVE DRIVE
EDGEWOOD, NY 11717

GARDA CL SOUTHEAST INC
2000 NW CORPORATE BLVD
BOCA RATON, FL 33431

GATOR ELECTRIC AND COMMUNICATIONS INC
2101 SOUTH MILITARY TRAIL
WEST PALM BEACH, FL 33415

GEORGE'S PAINT & HARDWARE, INC.
4616 SOUTH DIXIE HWY
WEST PALM BEACH, FL 33405

GIELOW PICKLES INC
5260 MAIN STREET
LEXINGTON, MI 48450

GORDON FOOD SERVICE INC
2850 NW 120 TERR
MIAMI, FL 33167

```
GRAY ROBINSON PA
301 E. PINE STREET, SUITE 1400
ORLANDO, FL 32802


GREASE GUARD LLC
2019 CORPORATE LANE STE 119
NAPERVILLE, IL 60563


HAUSER CONSTRUCTION GROUP
4076 WEST BROWARD BLVD
PLANTATION, FL 33317


Highwoods Realty Limited Partnership
3100 Smoketree Court
Suite 600
Raleigh, NC 27604


HIGHWOODS REALTY LIMITED PARTNERSHIP
P.O BOX 406396
ATLANTA, GA 30384


HOMETOWN  NEWS
PO BOX 850
FORT PIERCE, FL 34954


HON. RUTH PIETRUSZEWSKI
MARTIN CTY TAX COLLECTOR
STUART, FL 34994


HOSPITALITY RESOURCE SUPPLY,INC.
499 N.STATE RD.434, STE.1005
ALTAMONTE SPRINGS, FL 32714


INFINITE ENERGY
P.O BOX #71247
CHARLOTTE, NC 28272-1247


INFINITY SERVICE PLUMBING INC
9828 TATTERSALL AVE
ORLANDO, FL 32817


IPFS CORPORATION
24722 NETWORK PLACE
CHICAGO, IL 60673-1247
```

IRT PARTNERS LP
PO BOX 740462
ATLANTA, GA 30374-0462


JAMESTOWN PCS LP
Ponce City Market
675 Ponce de Leon Avenue, N.E.
7th Floor
Atlanta, GA 30308


JAMESTOWN PCS LP
PO BOX 54834
NEW ORLEANS, LA 70154


JOE G. TEDDER TAX COLLECTOR
TAX COLLECTOR, POLK COUNTY
BARTOW, FL 33831-2016


JOHNSON CONTROLS SECURITY SOLUTIONS
PO BOX 371994
PITTSBURGH, PA 15250-7994


KELLY'S FOODS
P.O. BOX 770187
WINTER GARDEN, FL 34777


KEN GREGORY PRODUCE, INC.
570 11TH COURT
VERO BEACH, FL 32962


KETER ENVIROMENTAL SERVICES INC
P.O BOX 417468
BOSTON, MA 02241-7468


L & J ASSOCIATES
P.O. BOX 6635
WEST PALM BEACH, FL 33405


L&B CIP Glades Plaza, LLC
302 Datura Street
Suite 100
West Palm Beach, FL 33401

L&J Associates L.L.P.
P.O. Box 6635
West Palm Beach, FL 33405


LAKE APOPKA NATURAL GAS DISTRICT
POST OFFICE BOX 850001
ORLANDO, FL 32885-0023


LIFE SAFETY MANAGEMENT
2017 CORPORATE DRIVE
BOYNTON BEACH, FL 33426


LIGHT BULBD UNLIMITED
6203-B W. SAND LAKE ROAD
ORLANDO, FL 32819


M.B.K. INC
10400 NW 27TH DRIVE
WILDWOOD, FL 34785


MASCOT PECAN SHELLING CO INC
PO BOX 760
GLENVILLE, GA 30427


MC Financing SPV I, LLC
c/o Monroe Capital LLC
Attn: TooJay's Portfolio Manager
331 S. Wacker Dr.; Suite 6400
Chicago, IL 60606


MC Financing SPV I, LLC
c/o Much Shlist, P.C.
Attn: J. Eric Guth
191 N. Wacker Dr.; Sutie 1800
Chicago, IL 60606


MEEKS PLUMBING INC
5555 US HIGHWAY 1
VERO BEACH, FL 32967


MESIROW INSURANCE SERVICES INC.
29278 NETWORK PLACE
CHICAGO, IL 60673-1292

MGC SYSTEMS CORP
3801 NORTH 29TH AVE
HOLLYWOOD, FL 33020


MONKEY MEDIA SOFTWARE
502-815 HORNBY STREET
VANCOUVER, BC V6Z2E6


Monroe Capital Corporation
c/o Monroe Capital LLC
Attn: Toojay's Portfolio Manager
331 S. Wacker Dr., Suite 6400
Chicago, IL 60606


Monroe Capital Corporation
c/o Much Shelist, P.C.
191 North Wacker Drive
Suite 1800
Chicago, IL 60606


Monroe Capital Private Credit Fund I LP
c/o Monroe Capital LLC
Attn: TooJay's Portfolio Manager
331 S. Wacker Dr.; Ste 6400
Chicago, IL 60606


Monroe Capital Private Credit Fund I LP
c/o Much, Shlist, P.C.
Attn: J. Eric Guth
191 N. Wacker Dr.; Suite 1800
Chicago, IL 60606


Monroe Capital Private Credit Fund II
 (Unleveraged) LP
c/o Monroe Capital
331 S. Wacker Dr., Ste 6400
Chicago, IL 60606


Monroe Capital Private Credit Fund II
 (Unleveraged) LP
c/o Much Shelist, P.C.
191 N. Wacker Dr., Ste 1800
Chicago, IL 60606

Monroe Capital Private Credit Fund II LP
c/o Monroe Capital LLC
Attn: TooJay's Portfolio Manager
331 S. Wacker Dr., Suite 6400
Chicago, IL 60606


Monroe Capital Private Credit Fund II LP
c/o Much Shelist, P.C.
Attn: J. Eric Guth
191 N. Wacker Dr., Suite 1800
Chicago, IL 60606


Monroe Capital Private Credit Fund III
(Unleverage) LP
c/o Monroe Capital LLC
331 S. Wacker Dr., Ste 6400
Chicago, IL 60606


Monroe Capital Private Credit Fund III
(Unleveraged) LP
c/o Much Shelist, P.C.
191 N. Wacker Dr.; Ste 1800
Chicago, IL 60606


Monroe Capital Private Credit Fund III L
c/o Monroe Capital LLC
331 S. Wacker Dr., Ste 6400
Chicago, IL 60606


Monroe Capital Private Credit Fund III L
c/o Much Shelist, P.C.
Attn: J. Eric Guth
191 N. Wacker Dr., Ste 1800
Chicago, IL 60606


Monroe Private Credit Fund A LP
c/o Monroe Capital LLC
Attn: TooJay's Portfolio Manager
331 S. Wacker Dr.; Ste 6400
Chicago, IL 60606


Monroe Private Credit Fund A LP
c/o Much Shlist, P.C.
Attn: J. Eric Guth
191 N. Wacker Dr.; Ste 1800
Chicago, IL 60606

NAPLES DAILY NEWS
PO BOX 1412
CHARLOTTE, NC 28201-1412


NATIONAL STAINLESS, INC.
2732 JOSEPH STREET
ORLANDO, FL 32806


NEOTEC PEST ELIMINATION INC.
4706 CHIQUITA BLVD S SUITE 200
CAPE CORAL, FL 33914


NEW CARBON COMPANY LLC
PO BOX 129
CONCORDVILLE, PA 19331


NIAGARA DISTRIB. INC
3701 N. 29TH AVENUE
HOLLYWOOD, FL 33020


NUCO2 INC
P.O. BOX 9011
STUART, FL 34995-9011


Oakwood Square, LLC
1221 Main Street
Suite 1000
Columbia, SC 29201


ORANGE COUNTY TAX COLLECTOR
ORANGE CTY TAX COLLECTOR
ORLANDO, FL 32854


ORANGE COUNTY VIOLATIONS
VIOLATIONS PROCESSING CENTER
ORLANDO, FL 32886-4681


ORLANDO BUSINESS JOURNAL
P.O BOX 403844
ATLANTA, GA 30384


ORLANDO SENTINEL COMMUNICATIONS CO, LLC
P.O. BOX 100608
ATLANTA, GA 30384-0608

ORLANDO UTILITIES COMM
PO BOX 31329
TAMPA, FL 33631-3329


PACKAGING CORP OF AMERICAN
36603 Treasury Center
Chicago, IL 60694-6600


PALM BEACH FIRE RESCUE
OFFICE OF FIRE PREVENTION AND LIFE SAFET
PALM BEACH, FL 33480


PALM BEACH OUTLETS HOLDINGS LLC
PO BOX 9468
NEW YORK, NY 10087-9468


Palm Beach Outlets I, LLC
230 Park Avenue
12th Floor
New York, NY 10169


PALM BEACH PLUMBING
2501 WESTGATE AVE #1
WEST PALM BEACH, FL 33409


PIERSON GRANT PUBLIC RELATIONS INC
6451 NORTH FEDERAL HIGHWAY
FORT LAUDERDALE, FL 33308


PITNEY BOWES GLOBAL FINANCIAL SERVICES L
PO BOX 371874
PITTSBURGH, PA 15250-7874


PITSCH PLUMBING SERVICE INC
3704 SE 36TH AVE
OCALA, FL 34471


PIVOTAL UTILITY HOLDINGS INC
PO BOX 5410
CAROL STREAM, IL 60197-5410


PLANTIQUE, INC.
P.O. BOX 541657
LAKE WORTH, FL 33454-1657

PP OMNI VENTURES LLC
117 HIGHBRIDGE ST
FAYETTEVILLE, NY 13066


PP Omni Ventures, LLC
15951 SW 41st Street
Suite 800
Davie, FL 33331


PR Mercato, LLC
7 Giralda Farms
3d Floor
Madison, NJ 07940


PRECISION WASTE SOLUTIONS, LLC
8118 JEWELLA AVENUE
SHREVEPORT, LA 71108


PREMIER PRODUCE CENTRAL FLORIDA LLC
640 DISTRIBUTION DRIVE
MELBOURNE, FL 32904


PRINT BASICS, INC.
1059 SW 30TH AVENUE
DEERFIELD BEACH, FL 33442


PRISA LHC LLC
PO BOX 732937
DALLAS, TX 75303


PRLHC MERCATO RETAIL 454802
PO BOX 732937
DALLAS, TX 75303


PROFECTIO INC
P.O BOX 7845
NAPLES, FL 34101


PROFESSIONAL IMAGES
3804 BURNS ROAD #A
PALM BEACH GARDENS, FL 33410


PUNCHH INC
1875 S GRANT STREET #810
SAN MATEO, CA 00094-4402

PURATOS CORPORATION
11190 NW 25TH STREET
SWEETWATER, FL 33172


QSR AUTOMATIONS INC
2301 STANLEY GAULT PARKWAY
LOUISVILLE, KY 40223


QZINA SPECIALITY FOODS, INC.
P.O BOX 32187
NEW YORK, NY 10087-2187


R.L. SCHREIBER INC
P.O BOX 95000-5970
PHILADELPHIA, PA 19195-5970


RED ROCK REGENCY LLC
2440 SE FEDERAL HWY
STUART, FL 34994


Regency Centers Corporation
One Independent Drive
Suite 114
Jacksonville, FL 32202


RESTAURANT MAGIC SOFTWARE
4010 W. BOY SCOUT BLVD
TAMPA, FL 33607


RESTAURANT WAREHOUSE
3555 N. ANDREWS AVENUE
OAKLAND PARK, FL 33309


RETAIL DATA SYSTEMS
6861 SW 196TH AVE
FT LAUDERDALE, FL 33332


RIVERSIDE PAPER CO., INC.
P.O. BOX 133650
HIALEAH, FL 33013


RK Centers, LLC
17100 Collins Avenue
Suite 225
Sunny Isles Beach, FL 33160

RK HALLANDALE I LLC
17100 COLLINS AVE SUITE 225
SUNNY ISLES BEACH, FL 33160


ROBERT ERNESTON PRODUC
630 SE FLAGLER AVENUE
STUART, FL 34994


ROTOR ROOTER SEWER/DRN CHICAGO
5672 COLLECTIONS CENTER DR
CHICAGO, IL 60693


ROYAL CUP INC
P.O. BOX 841000
DALLAS, TX 75284-1000


ROYAL WINDOW CLEANING
PO BOX 690
BOYNTON BEACH, FL 33425


RPP Palm Beach Property LP
33 Boylston Street
Suite 3000
Chestnut Hill, MA 02467


RPP PALM BEACH PROPERTY LP
PO BOX 847369
BOSTON, MA 02284-7369


RSM US LLP
5155 PAYSPHERE CIRCLE
CHICAGO, IL 60674


Saul Holdings Limited Partnership
7501 Wisconsin Avenue
Suite 1500E
Bethesda, MD 20814


SAUL HOLDINGS LIMITED PARTNERSHIP
PO BOX 38042
BALTIMORE, MD 21297-8042


SCALISI PRODUCE CO INC
JACKT. SCALISI WHOLESALE
WEST PALM BEACH, FL 33411

SEABREEZE PUBLICATIONS
1102 WEST INDIANTOWN RD
JUPITER, FL 33458


SECO ENERGY
DEPT #3035
ORLANDO, FL 32885-3035


SEMINOLE COUNTY TAX COLLECTOR
P.O BOX 630
SANFORD, FL 32772-0630


SENTINEL BENEFITS GROUP
100 QUANNAPOWITT PARKWAY
WAKEFIELD, MA 01880


SHOES FOR CREWS,INC.
P.O BOX 734176
Chicago, IL 60673-4176


SHOPCORE PROPERTIES LP
P.O. BOX 27324
SAN DIEGO, CA 92198-1324


SHRED IT
28883 NETWORK PLACE
CHICAGO, IL 60673-1288


SKY'S THE LIMIT WINDOW CLEANING INC
11096 52ND RD N
ROYAL PALM BEACH, FL 33411


SNAGAJOB
32978 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693-0329


SOUTH FLORIDA GAY NEWS.COM,INC
2520 N. DIXIE HIGHWAY
WILTON MANORS, FL 33305


SOUTHEASTERN PROTECTIO
1681 EE. WILLIAMSON RD
LONGWOOD, FL 32779

Southgate Mall Owner LLC
c/o Westfield, LLC
2049 Century Park East
41st Floor
Los Angeles, CA 90067


SOUTHGATE MALL OWNER LLC
PO BOX 57186
LOS ANGELES, CA 90074-7186


SOUTHWASTE DISPOSAL LLC
P.O. BOX 53988
LAFAYETTE, LA 70505-3988


SPC Regency, LLC
2440 SE Federal Highway
Suite 600
Stuart, FL 34994


STALMIC DISTRIBUTORS
PO BOX 177
TOWNSEND, GA 31331


STAPLES BUSINESS ADVANTAGE
POBOX 105748
ATLANTA, GA 30348-5748


STARR MECHANICAL
5011 BATTEN PLACE
EDGEWOOD, FL 32809


STATE WATER HEATERS
12610 COLLECTION CENTER DRIVE
CHICAGO, IL 60693-0120


STEPHENS DISTRIBUTING COMPANY
185 ANGLERS AVENUE
FT.LAUDERDALE, FL 33312


STERLING VALUE ADD INVESTMENTS III LLC
L&B CIP GLADES PLAZA LLC
AUSTIN, TX 78720-9372

SUMTER COUNTY TAX COLLECTOR
SUMTER CTY TAX COLLECTOR
BUSHNELL, FL 33513-6128


SUNNY FLORIDA DAIRY
P.O BOX 5085
TAMPA, FL 33675-5085


SUNNY MORNING FOODS
5330 N.W. 35TH AVENUE
FORT LAUDERDALE, FL 33309


SVAP III BLUFFS SQUARE LLC
SVAP III BLUFFS SQUARE LLC
WEST PALM BEACH, FL 33401


SYNERGI PARTNERS
P.O BOX 5599
FLORENCE, SC 29502-5599


SYSCO FOOD SERVICES
1999 MARTIN LUTHER KING BLVD
RIVIERA BEACH, FL 33404


TASC
PO BOX 88278
MILWAUKEE, WI 53288-0001


TECO PEOPLES GAS
PO BOX 31318
TAMPA, FL 33631-3318


TERRYBERRY COMPANY LLC
2033 OAK INDUSTRIAL DRVE N.E
GRAND RAPIDS, MI 49505


THE ICEE COMPANY
PO BOX 515723
LOS ANGELES, CA 90051-5203


THE VILLAGES GOLF CARS
700 DUCK LAKE ROAD
THE VILLAGES, FL 32159

The Villages Operating Company
3619 Kiessel Road
The Villages, FL 32163


THREE ATLANTA LLC
550 PHARR RD SUITE 900
ATLANTA, GA 30305


TREASURE COAST NEWSPAPERS
PO BOX 1410
CHARLOTTE, NC 28201-1410


TROPICAL NATURE INC
5008 W. LINEBAUGH AVE STE 3
TAMPA, FL 33624-5005


Truist Bank
200 West Second Street
Winston Salem, NC 27101


TWC SERVICES, INC.
PO BOX 1612
DES MOINES, IA 50306-1612


U.S. FOODSERVICE INC
P.O. BOX 281838
ATLANTA, GA 30384


ULINE
ATTN: ACCOUNTS RECEIVABLE
CHICAGO, IL 60680-1741


ULTIMATE POWER WASHING SYSTEMS
1856 N. NOB HILL RD #203
PLANTATION, FL 33322


UNITED REFRIGERATION, INC.
3730 NE 44TH STREET
OCALA, FL 34479


US MICRO
900 BELVEDERE ROAD
WEST PALM BEACH, FL 33405

VIEWPOST HOLDINGS LLC
SNAP SOLUTIONS LLC
MIDLOTHIAN, VA 23113


VINYL DOCTOR SYSTEMS
P.O. BOX 32086
PALM BEACH GARDENS, FL 33420


WASHINGTON PRIME GROUP LP
MSC #7557
NASHVILLE, TN 37241-7557


Washington Prime Group, LP
413 N. Alafaya Trail
Orlando, FL 32828


WEINGARTEN NOSTAT INC
P.O BOX 924133
HOUSTON, TX 77292-4133


Weingarten Realty Investors
2600 Citadel Plaza Drive
Suite 125
Houston, TX 77008


WHITE'S PROFESSIONAL WINDOW CLEANING SER
PO BOX 8725
CORAL SPRINGS, FL 33075


WINDOW GANG
1732 S. CONGRESS AVE STE 305
PALM SPRINGS, FL 33461


WOODFIELD REGENCY INC
RE5009
HICKSVILLE, NY 11802-6149


Woodfield Regency, Inc.
2001 Ross Avenue
Suite 3400
Dallas, TX 75201

WRI Wellington Green, LLC
2600 Citadel Plaza Drive
Suite 125
Houston, TX 77008


WT FLORIDA VENTURES LLC
P.O. BOX 924133
HOUSTON, TX 77292-4133


ZENITH INSURANCE
PO BOX 9055
VAN NUYS, CA 91499-4076