Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | TooJay's Management LLC |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF FLORIDA |
| Case number (if known): | |

☐ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders       12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Truist Bank<br>200 West Second Street<br>Winston Salem, NC 27101 | Brock Wilbor<br>(561) 362-3554<br>5350 Town Center Road Suite 200, Boca Raton FL 33486<br>brock.wilbor@suntrust.com | PPP loan | unliquidated | | | $6,436,309.00 |
| U.S. FOODSERVICE INC<br>P.O. BOX 281838<br>ATLANTA, GA 30384 | Holly Simmons<br>(800)766-4301<br>holly.simmons@usfoods.com | trade debt | unliquidated | | | $1,911,872.88 |
| THREE ATLANTA LLC<br>550 PHARR RD SUITE 900<br>ATLANTA, GA 30305 | Nancy Apatov<br>(404) 835-4550 | media company | unliquidated | | | $109,076.41 |
| PREMIER PRODUCE CENTRAL FLORIDA LLC<br>640 DISTRIBUTION DRIVE<br>MELBOURNE, FL 32904 | Andrew Hoffman<br>(800)254-4048<br>andrewh@premierproducefl.com | trade debt | unliquidated | | | $91,865.65 |
| American Express Credit Card<br>P.O. Box 650448<br>Dallas, TX 75265-0448 | Susan Brooks<br>561-683-3890<br>susan.w.brooks@aexp.com | corporate credit card | unliquidated | | | $86,898.63 |
| SCALISI PRODUCE CO INC<br>JACKT. SCALISI WHOLESALE<br>WEST PALM BEACH, FL 33411 | Jack Scalisi<br>(561) 718-6379<br>jack@scalisiproduce.com | trade debt | unliquidated | | | $66,103.85 |
| RSM US LLP<br>5155 PAYSPHERE CIRCLE<br>CHICAGO, IL 60674 | Frank Compiani<br>(561) 682-1620<br>frank.compiani.rsmus.com | auditors | unliquidated | | | $56,904.00 |

| Debtor | **TooJay's Management LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| The Villages Operating Company<br>3619 Kiessel Road<br>The Villages, FL 32163 | Rachel Hirsch<br>(352) 750-9455 | landlord/lease | unliquidated | | | $49,426.04 |
| IPFS CORPORATION<br>24722 NETWORK PLACE<br>CHICAGO, IL 60673-1247 | 866-412-2429 | financing company for insurance | unliquidated | | | $42,670.30 |
| SHOPCORE PROPERTIES LP<br>P.O. BOX 27324<br>SAN DIEGO, CA 92198-1324 | Adam Sich<br>(561) 727-2643<br>asich@shopcore.com | landlord/lease | unliquidated | | | $42,317.54 |
| ANNE M. GANNON TAX COLLECTOR<br>PO BOX 3828<br>WEST PALM BEACH, FL 33402-3828 | (561)355-2264<br>ClientAdvocate@pbctax.com | taxes | unliquidated | | | $41,424.51 |
| L&J Associates L.L.P.<br>P.O. Box 6635<br>West Palm Beach, FL 33405 | Jim Morris<br>(561)758-2111<br>mawon@aol.com | landlord/lease | unliquidated | | | $38,158.95 |
| DOVE AIR CONDITIONING & REFRIG. INC.<br>2581 JUPITER PARK DR # F 10<br>JUPITER, FL 33458 | Simon Lachance<br>(561)746-3757 | trade debt | unliquidated | | | $37,269.95 |
| NIAGARA DISTRIB. INC<br>3701 N. 29TH AVENUE<br>HOLLYWOOD, FL 33020 | Benis Montero<br>(954) 925-6775 ext. 215 | trade debt | unliquidated | | | $36,588.95 |
| The Villages Operating Company<br>3619 Kiessel Road<br>The Villages, FL 32163 | Rachel Hirsch<br>(352) 750-9455 | landlord/lease | unliquidated | | | $35,078.70 |
| ZENITH INSURANCE<br>PO BOX 9055<br>VAN NUYS, CA 91499-4076 | Kelly Brown<br>(630) 616-6405 | insurance carrier | unliquidated | | | $31,782.00 |
| EDWARD DON COMPANY<br>2562 PAYSPHERE CIRCLE<br>CHICAGO, IL 60674 | Randy Beird<br>(954) 378-7131 | trade debt | unliquidated | | | $29,275.02 |

Debtor **TooJay's Management LLC**　　Case number *(if known)*
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **2980 INVESTMENTS LLC C/O LEGACY BANK OF FLORIDA FORT LAUDERDALE, FL 33301** | Mark Stein (954)776-1005 Ex. 206 mark@diversifiedcos.com | landlord/lease | unliquidated | | | **$27,711.68** |
| **PP OMNI VENTURES LLC 117 HIGHBRIDGE ST FAYETTEVILLE, NY 13066** | Jose Rodriquez (Managing Director); (321) 262-7113 jrodriquez@hlcos.com | landlord/lease | unliquidated | | | **$24,636.94** |
| **PALM BEACH OUTLETS HOLDINGS LLC PO BOX 9468 NEW YORK, NY 10087-9468** | Sarah Kudisch 561-515-4402 | landlord/lease | unliquidated | | | **$24,626.33** |

**Fill in this information to identify the case:**

Debtor name    **TooJay's Management LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF FLORIDA

Case number (if known)

☐ Check if this is an amended filing

## Official Form 202
## Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)
☐ Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)
☐ Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)
☐ Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)
☐ Schedule H: Codebtors (Official Form 206H)
☐ Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)
☐ Amended Schedule
■ Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)
☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    4-28-2020    X    /s/ Edward Maxwell Piet
Signature of individual signing on behalf of debtor

**Edward Maxwell Piet**
Printed name

**CEO**
Position or relationship to debtor