UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
West Palm Beach Division
www.flsb.uscourts.gov

In re:                                                                                    Chapter 11

TOOJAY'S MANAGEMENT LLC,                                         Case No. 20-14792-EPK

                    Debtor.

_____/

**DEBTOR'S EMERGENCY MOTION FOR ENTRY OF AN ORDER:
(I) AUTHORIZING THE PAYMENT OF PRIORITY PRE-PETITION WAGES, SALARIES,
EARNED BONUSES, AND EMPLOYEE BENEFITS; AND (II) AUTHORIZING THE
DEBTOR TO CONTINUE THE MAINTENANCE OF EMPLOYEE PRACTICES AND
BENEFIT PLANS AND PROGRAMS IN THE ORDINARY COURSE OF BUSINESS**

**(Emergency Hearing Requested on Friday, May 1st)**

**Statement of Exigent Circumstances**

**The Debtor submits that a hearing on this Motion is necessary on an emergency "first day" basis because if the priority prepetition wages are not honored and paid the Debtor's employees may walk off the job or not return to work, causing a cessation of Debtor's operations. The Debtor requests an emergency hearing in this matter to give certainty and comfort to its employees that payroll and other employee obligations may continue to be satisfied in the ordinary course. The Debtor needs the continued support of its employees to allow for a successful Chapter 11 reorganization. The Debtor's request to pay priority pre-petition wages must be heard on an emergency basis together with related motions to use cash collateral so the pre-petition wages can be funded and the Debtor can continue to operate.**

Debtor, TOOJAY'S MANAGEMENT LLC (the "Debtor"), by and through undersigned

counsel, pursuant to 11 U.S.C. §§ 105(a), 363(b) and 507(a)(4), Federal Rule of Bankruptcy

Procedure 6003 and Local Rules 9013-1(I)and 9075-1, files this motion (the "Motion") seeking

entry of an order (A) authorizing the Debtor to (i) pay Pre-Petition wages, salaries, earned

bonuses, employee benefits and other compensation; (ii) remit withholding obligations; (iii)

maintain employee benefit programs and continue the maintenance of employee practices and

benefit plans and programs in the Debtor's ordinary course of business. In support of this Motion,

the Debtor relies upon the *Declaration of Edward Maxwell Piet in Support of the Debtors' Chapter 11 Petitions and First Day Motions* (the "First Day Declaration"). In further support of this Application, the Debtor respectfully represents as follows:

## I.      Jurisdiction and Venue

1.      This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

2.      Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

3.      The statutory predicates for the relief sought herein are Sections 105(a), 507(a)(4), 507(a)(5) and 541 of the Bankruptcy Code, Rule 6003 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Local Rule 9013-1(I).

## II.      Background

4.      On the date hereof (the "Petition Date"), the Debtor, and Debtor's affiliates filed voluntary petitions ("Petition") in this Court for relief under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code").[1]  A motion for joint administration of these Chapter 11 cases will be filed.

5.      The Debtor is operating its businesses and managing its affairs as a debtor in possession.  *See* 11 U.S.C. §§ 1107(a) and 1108.

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtors' federal tax identification number, are: TooJay's Management LLC (0443) and TJ Acquisition, LLC (1455).  The following additional affiliates of Debtors have or will file Chapter 11 Cases (collectively, "Filing Affiliates"): TooJay's Altamonte, L.L.C. (5466), TooJay's at Dr. Phillips, L.L.C. (8342), TooJay's Bakery & Commissary, L.L.C. (7016), TooJay's Boynton Oakwood Square, L.L.C. (3583), TooJay's Colonial, L.L.C. (6530), TooJay's Coral Springs, L.L.C. (5919), TooJay's Dania Beach, L.L.C. (2030), TooJay's Downtown Gardens, L.L.C. (0351), TooJay's Downtown Tampa, L.L.C. (5046), TooJay's Glades, L.L.C. (3884), TooJay's Hallandale, L.L.C. (4596), TooJay's Jupiter, L.L.C. (5986), TooJay's Lake Worth, L.L.C. (3353), TooJay's Naples, LLC (3336), TooJay's N Ft. Lauderdale, L.L.C. (8438), TooJay's of Lake Mary, LLC (0594), TooJay's of Ocoee, L.L.C. (9601), TooJay's of Sarasota, L.L.C. (7584), TooJay's of the Villages, L.L.C. (0798), TooJay's of West Boca, L.L.C. (8250), TooJay's Palm Beach, L.L.C. (1908), TooJay's Plantation, L.L.C. (8882), TooJay's Stuart, L.L.C. (4505), TooJay's Vero, L.L.C. (0750), TooJay's Villages III, L.L.C. (5254), TooJay's VLG II, L.L.C. (2492), TooJay's Waterford Lakes, L.L.C. (9363), TooJay's Wellington Commons, L.L.C. (3967), and TooJay's West Palm Beach, L.L.C. (4685).

52884346;1

6.      For a detailed description of the Debtor and its operations, the Debtor respectfully refers the Court and all parties in interest to the First Day Declaration.

### III.    Relief Requested

7.      The Debtor seeks entry of an order pursuant to sections 105(a), 507(a)(4), and 363(b) of the Bankruptcy Code: (i) authorizing, but not directing, it to pay and/or honor prepetition employee-related obligations, including, but not limited to, prepetition wages, salaries, earned bonuses, medical, dental and insurance benefits, paid time off, vacation, sick and medical leave, (collectively, the "Prepetition Employment Obligations"), (ii) authorizing, but not directing, the Debtor to continue its practices, programs and policies in effect as of the Petition Date with respect to all Prepetition Employment Obligations.

8.      As required by Local Rule 9013-1(I)(1), this Motion, together with the attached schedule, **Exhibit A**, contain: (a) the names of the employees, (b) amount due such employees, (c) the amounts due to be withheld from such wages, including all applicable payroll taxes and related benefits, (d) the period of time for which prepetition wages and earned bonuses are due, (e) whether the employee is presently employed, and (f) whether any of the employees are insiders as defined in 11 U.S.C. § 101(31).  Exhibit A indicates the names (redacted for privacy) and amounts due the employees, the period of time for which the wages on Exhibit A are due are April 20, 2020, through and including April 28, 2020.  All of the employees listed on Exhibit A are currently employed, and there are six insiders among these employees as follows:  (1) David Nuckles – Sr VP of Operations; (2) Brett Carper – Director of Operations; (3) Kevin Gagnon – VP Finance; (4) Robin Bayless – VP Marketing; (5) Edward Piet – CEO and President; (6) Arthur Sanders – VP Human Resources.

52884346;1

9.      All applicable payroll taxes and related benefits, to the extent applicable, will be paid concurrently with the payment of the prepetition wages and earned bonuses identified on **Exhibits A and B** to this Motion when authority to pay such wages and earned bonuses has been granted. *See* Local Rule 9013-1(I).

**IV.     Payment of Employee Compensation, Withholding Obligations and Insurance Costs**

10.      The Debtor utilizes the services of Paymaster, a professional employer organization, to manage payroll-related taxes, certain human resources functions, access to benefits, and other employer-related administrative functions necessary to running the Debtor's business.  The total amount due and owing to Paymaster for wages and salaries for the 9 day period of time from April 20, 2020, through and including April 28, 2020, will be approximately **$366,244.10**, and the total amount due and owing for prepetition compensation bonuses is **$109,855.84** for the period of January 1, 2020 to March 29, 2020.  These amounts include (i) prepetition wages, salaries, earned performance bonuses, and other compensation; (ii) other benefits, withholdings, and reimbursements; (iii) payments made on employee benefit plans; and (iv) social security, income tax, and other mandated withholdings.

**A.      Prepetition Wages, Salaries, Bonuses and Other Compensation**

11.      As of the Petition Date, the Debtor employed approximately 290 W-2 employees (the "Employees"). Approximately 70 of the Employees are salaried (the "Salaried Employees"), and the remaining 220 Employees are hourly (the "Hourly Employees"). The Hourly Employees consist primarily of managers, register clerks, employees of the bakery commissary, cooks, and deli counter employees.  The Salaried Employees consist of the Debtor's executives, general managers, area directors, and catering sales department managers. The Salaried Employees and

the Hourly Employees are paid bi-weekly on Tuesday, with twenty-six payrolls a year, and are next due to be paid on May 12, 2020.

12.     The Debtor seeks authority to pay the outstanding amounts owed as of the Petition Date for priority accrued and unpaid wages, salaries, and fees, including amounts that the Debtor is required by law to withhold from Employee payroll checks in respect of federal, state, and local income taxes, garnishments, and Social Security and Medicare taxes and including associated payroll processing obligations related thereto. A *pro rata* accounting of 9 days' of prepetition payroll for the Employees is attached as **Exhibit A.**[2]

13.     The Debtor also seeks authority to pay an earned performance bonus for approximately one-hundred and twenty (120) employees for the period of the first quarter.  An accounting for the gross amount bonus per Employee is attached as **Exhibit B** (the "Earned Bonuses").  Store managers and bakery commissary managers are entitled to a quarterly bonus, based on performance, including sales, labor, cost of goods controls, that is part of their bonus compensation plan.  The Earned Bonuses amount for each employee is based on the level of the managerial employee, from 5% to 15% of yearly base paid out quarterly.  Typically, these employees' bonuses for the first quarter are paid in April, and therefore Debtor requests authority to pay the earned bonuses no later than Friday, May 1, 2020.  These employees have met the metrics for entitlement to the Earned Bonuses and their compensation is earned pursuant to their employment agreements with Debtor.  Pursuant to Local Rule 9013-1(I)(1), Debtor states: (1) all of the employees for which still employed, (2) none of the employees are insiders, and (3) the period of time for which the compensation was earned was January 1, 2020 thru March 29, 2020.

---

[2] This accounting is approximate based on the amounts owed by Debtor in the previous pay period on a pro rata basis.  A final accounting of the amounts owed to the employees for the 9-day pay period will be determined upon finalization of payroll for the payroll period.

52884346;1

14.     Moreover, the Debtor has sufficient funds designated to pay the payroll costs of its employees.  The Debtor recently received a loan in the amount of approximately $6,400,000 through the Paycheck Protection Program ("PPP") pursuant to the title II of the Coronavirus Aid, Relief, and Economic Security Act (the "CARES Act.")  The PPP loan may be used for, among other things, (I) payroll costs; (II) costs related to the continuation of group health care benefits during periods of paid sick, medical, or family leave, and insurance premiums; and (III) salaries, commissions, or similar compensations.  The Debtor intends to honor that obligation by using the proceeds for such purposes, and other purposes as allowed by the CARES Act.

**B.      Other Benefits, Withholdings, and Reimbursements**

15.     The Debtor offers its Employees other forms of compensation, including vacation time, paid holidays, paid sick leave, and other earned time off.  These forms of compensation are usual, customary, and necessary if the Debtor is to retain qualified employees to operate its business.

16.     To become eligible to take paid vacation time, the Employee must complete one (1) year of continuous active employment. The length of service and job position determines an Employee's amount of paid vacation ("Vacation Time"). Vacation Time ranges from 1 weeks to 4 weeks, based on an Employee's years of service and their date of hire, and their position. Actual payment to Employees for Vacation Time is based on an Employee's years of service and the number of vacation days taken.  Employees who resign or are terminated normally are not entitled to any compensation for their accrued and unused Vacation Time.

17.     After 12 months of consecutive full time employment the Employee will accrue four to five days of sick leave ("Sick Leave") on a yearly basis.  Employees who resign or are

52884346;1

terminated normally are not entitled to any compensation for their accrued and unused Sick Leave.

18.     The Debtor seeks authority to honor in the ordinary course of business all prepetition accrued Vacation Time, Sick Leave and any other personal leave rights of its Employees who continue to be employed by the Debtor after the Petition Date. The Employees will utilize any accrued Vacation Time and Sick Leave in the ordinary course of business.

**C.     Employee Benefit Plans**

19.     The Debtor offers additional benefits, including medical insurance, vision insurance, dental insurance, disability insurance, life insurance, and various other supplemental insurance (collectively, the "Benefit Plans").  The Benefit Plans are serviced by Alliant.  The Benefit Plans are partially funded through contributions by the Debtor and Employees contribute to the Benefit Plans through payroll deductions. The Debtor deducts funds from Employee paychecks prior to plan payments in order to collect Employee contributions.

20.      The Debtor requests authority to make all payments, claims, and remittances related to the Benefit Plans in the ordinary course of business.

**D.      Social Security, Income Taxes, and Other Withholding**

21.     The Debtor routinely withholds from Employee paychecks amounts that the Debtor is required to transmit to third parties. Examples of such withholding are garnishments, and/or health care payments. The Debtor believes that such withheld funds, to the extent that they remain in the Debtor's possession, constitute monies held in trust and, therefore, are not property of the Debtor's bankruptcy estate. The Debtor requests that its practice of directing such funds to the appropriate parties in the ordinary course of business be specifically authorized and approved by the Court out of an abundance of caution.

52884346;1

22.     The Debtor's Employees would suffer hardship if they were to lose (or suffer a delay in receiving) their anticipated pay and benefits. The Debtor has paid its Employment Obligations on a current basis.  Some Employment Obligations for the period immediately before the filing of the petition, however, have not been paid, primarily because the petition was filed after the Employees' entitlements had accrued but before payment was due.

23.     The Debtor has determined that, in order to ensure that the Employees remain with the Debtor during its Chapter 11 case, and in order to maintain Employee morale and productivity and continuous service to its customers, it is necessary to pay, in the ordinary course of the Debtor's businesses, the Prepetition Employment Obligations that are owed to or payable for the benefit of the Debtor's current Employees as set forth in this Motion. Payment of these amounts will help assure that the Employees to continue to work for the Debtor, thereby avoiding potential disruption in the Debtor's business and its service to customers, promoting the prospects for a successful reorganization, and, ultimately, enhancing potential recoveries for the Debtor's creditors.

### V.      Legal Basis and Authority for Relief

24.     As a result of the commencement of these cases, and in the absence of an order of the Court providing otherwise, the Debtor will be prohibited from paying or otherwise satisfying its Prepetition Employment Obligations described above. To maintain Employee morale at this critical time for the Debtor, and to minimize the personal hardship the Employees would suffer if prepetition employee-related obligations are not paid when due, the Debtor seeks authority to honor in the exercise of its business judgment such obligations, including those described above.

25.     Accordingly, pursuant to sections 105(a), 363(b) and 507(a)(4) of the Bankruptcy Code and the "necessity of payment" doctrine, the Debtor seeks entry of an order authorizing,

52884346;1

but not directing, the Debtor to (i) pay priority Prepetition Employment Obligations, and (ii) continue the practices, programs and policies in effect as of the Petition Date with respect to all Prepetition Employment Obligations.

26.    Relief similar to that sought herein has been granted by Courts in this District. *See, e.g., In re Gemini Cargo Logistics, Inc. et al.,* Chapter 11 Case No. 08-18173-BKC-AJC (Bankr. S.D. Fla. June 20, 2008) (Cristol, J.); *In re Tousa, Inc., et al*, Chapter 11 Case No. 08-10928-BKC-JKO (Bankr. S.D. Fla. Jan. 31, 2008) (Olson, J.); *In re Gemini Cargo Logistics, Inc. et al.,* Chapter 11 Case No. 06-10870-BKC-AJC (Bankr. S.D. Fla. March 17, 2006) (Cristol, J.); *In re Atlas Air Worldwide Holdings, Inc. et al.,* Chapter 11 Case No. 04-10792-BKC-RAM (Bankr. S.D. Fla. Feb. 10, 2004) (Mark, J.); *In re Realauction.com, LLC,* Chapter 11 Case No. 13-28260-RBR (Bankr. S.D. Fla. Aug. 6, 2013) (Ray, J.); *In re Worldwide Transportation Services, Inc.*, Case No. 16-11136-LMI (Bankr. S.D. Fla. Jan. 26, 2016) (Isicoff, J.); *In re Advance Case Parts, Inc.*, Chapter 11 Case No. 19-14930-RBR (Bankr. S.D. Fla. April 19, 2019) (Ray, J.).

27.    Section 363(b)(1) of the Bankruptcy Code provides: "The trustee, after notice and a hearing, may use, sell, or lease, other than in the ordinary course of business, property of the estate." 11 U.S.C. § 363(b)(1).

28.    Section 105(a) of the Bankruptcy Code provides:

> The court may issue any order, process, or judgment that is necessary or appropriate to carry out the provisions of this title. No provision of this title providing for the raising of an issue by a party in interest shall be construed to preclude the court from, *sua sponte*, taking any action or making any determination necessary or appropriate to enforce or implement court orders or rules, or to prevent an abuse of process.

11 U.S.C. § 105(a).

52884346;1

29.    Pursuant to section 507(a)(4) of the Bankruptcy Code, as amended by the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005, each employee may be granted a priority claim for:

> allowed unsecured claims, but only to the extent of $13,650 for each individual or corporation, as the case may be, earned within 180 days before the date of the filing of the petition or the date of the cessation of the debtor's business, whichever occurs first, for – (A) wages, salaries, or commissions, including vacation, severance, and sick leave pay earned by an individual; or (B) sales commissions earned by an individual or by a corporation with only 1 employee, acting as an independent contractor in the sale of goods or services, for the debtor in the ordinary course of the debtor's business if, and only if, during the 12 months preceding that date, at least 75 percent of the amount that the individual or corporation earned by acting as an independent contractor in the sale of goods or services was earned from the debtor ….

11 U.S.C. § 507(a)(4).

30.    Because all of the Prepetition Employment Obligations constitute priority claims pursuant to section 507(a)(4) of the Bankruptcy Code, which claims must be paid in full pursuant to section 1129(a)(9) of the Bankruptcy Code in order to confirm a plan of reorganization, payment of such obligations at this time merely affects the timing, but not the appropriateness, of such payments. None Employees are owed in excess of $13,650 in respect of Prepetition Employment Obligations earned within 180 days of the Petition Date, and the Debtor will not pay in excess of this amount per Employee for Prepetition Employee Obligations.

31.    The Debtor's Employees are essential to the success of its business, and thus to a successful reorganization. The stability of the Debtor's workforce is essential to its continued operations. It is therefore critical that the Debtor be permitted to continue the ordinary course personnel policies, programs and procedures that were in effect prior to the Petition Date.

32.     The Eleventh Circuit has recognized and applied the doctrine of necessity in various cases. *See, e.g.,* Southern *Ry. Co. v. U.S. Fidelity & Guar. Co.*, 87 F.2d 118, 119 (5th Cir. 1936)[3] ("There is a doctrine which permits preferential payment of a common claim when necessary for the benefit of the estate.") (citing *Miltenberger v. Logansport R. Co.*, 106 U.S. 286 (1882)). The doctrine was expanded to non-railroad debtors in a decision by Judge Learned Hand in *Dudley v. Mealey*, 147 F.2d 268, 271 (2d Cir. 1945) (holding, in a hotel reorganization case, that the court was not "helpless" to apply the rule to supply creditors of non-railroad debtors where the alternative was the cessation of operations).

33.     Today, the rationale for the necessity of payment rule – the rehabilitation of a debtor in reorganization cases – is "the paramount policy and goal of Chapter 11." *In re Ionosphere Clubs, Inc.,* 98 B.R. 174, 176 (Bankr. S.D.N.Y. 1989); *In re Just For Feet, Inc.*, 242 B.R. 821 (D. Del. 1999) (payment of prepetition claims to certain trade vendors was "essential to the survival of the debtor during the chapter 11 reorganization"); *In re Quality Interiors. Inc.*, 127 B.R. 391, 396 (Bankr. N.D. Ohio 1991) ("payment by a debtor-in-possession of pre-petition claims outside of a confirmed plan of reorganization is generally prohibited by the Bankruptcy Code," but "[a] general practice has developed, however, where bankruptcy courts permit the payment of certain pre-petition claims, pursuant to 11 U.S.C. § 105, where the debtor will be unable to reorganize without such payment"); *In re Eagle-Picher Indus., Inc.,* 124 B.R. 1021, 1023 (Bankr. S.D. Ohio 1991) (court approved payment of prepetition unsecured claims of toolmakers as "necessary to avert a serious threat to the Chapter 11 process"); *In re Adams Apple, Inc.*, 829 F.2d 1484, 1490 (9th Cir. 1987) (recognizing that allowance of "unequal treatment of pre-petition debts when necessary for rehabilitation …"); *In re Chateauguay Corp.,*

---

[3]     This case constitutes binding Eleventh Circuit precedent. *Bonner v . City of Prichard*, 661 F.2d 1206, 1209 (11th Cir. 1981) (*en banc*).

80 B.R. 279, 287 (Bankr. S.D.N.Y. 1987) (authorizing payment of prepetition worker's compensation claims on grounds that the fundamental purpose of reorganization and equity powers of bankruptcy courts "is to create a flexible mechanism that will permit the greatest likelihood of survival of the debtor and payment of creditors in full or at least proportionately"); *see also 2 Collier on Bankruptcy*, ¶ 105.04[5][a] (15th ed. Rev. 2004).

34.     The Debtor further submits that the withholding obligations do not constitute property of its estate and principally represent employee earnings that governments (in the case of taxes), Employees (in the case of voluntary withholding obligations), and judicial authorities (in the case of involuntary withholding obligations), have designated for deduction from Employee paychecks. The failure to transfer these withheld funds could result in hardship to certain employees.

35.      Further, the Debtor submits that with respect to the wage-related taxes that constitute "trust fund" taxes, the payment of such taxes will not prejudice other creditors of the Debtor's estate given that the relevant taxing authorities would have a priority claim under section 507(a)(8) of the Bankruptcy Code in respect of such obligations.

36.     The Debtor's Employees are essential to operate its business. For this reason, and the reasons set forth above, the request to pay Prepetition Employment Obligations and to continue the ordinary course personnel policies, programs and procedures that were in effect prior to the Petition Date is justified under the foregoing authorities, as well as section 105(a) of the Bankruptcy Code.

## VI.     Reservation of Debtor's Rights

37.     Nothing contained herein is intended or should be construed as an admission as to the validity of any claim against the Debtor, a waiver of the Debtor's rights to dispute any claim,

or an approval or assumption of any agreement, contract, or lease under Section 365 of the Bankruptcy Code. Likewise, if this Court grants the relief sought herein, any payment made pursuant to the Court's order is not intended and should not be construed as an admission as to the validity of any claim or a waiver of the Debtor's rights to subsequently dispute such claim. Finally, this motion is without prejudice to the Debtor's right to seek relief under Sections 1113 and 1114 of the Bankruptcy Code.

**WHEREFORE**, for all of the foregoing reasons, the Debtor respectfully requests entry of an order pursuant to sections 105(a), 507(a)(4), and 363(b) of the Bankruptcy Code: (i) authorizing, but not directing, the Debtor to pay and/or honor Prepetition Employment Obligations; and (ii) authorizing, but not directing, the Debtor to continue its practices, programs and policies in effect as of the Petition Date with respect to all Prepetition Employment Obligations.

Dated: April 29, 2020                    Respectfully Submitted,

**AKERMAN LLP**
Las Olas Centre II, Suite 1600
350 East Las Olas Boulevard
Fort Lauderdale, Florida 33301
Tel: (954) 463-2700
Fax: (954) 463-2224
*Proposed Attorneys for Debtors-in-Possession*

By: */s/ Amanda Klopp*
Michael I. Goldberg, Esq.
Florida Bar No. 886602
michael.goldberg@akerman.com
Eyal Berger, Esq.
Florida Bar No. 11069
eyal.berger@akerman.com
Amanda Klopp, Esq.
Florida Bar No. 124156
amanda.klopp@akerman.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served this 29th day of April, 2020 via CM/ECF to all parties listed on the below service list, and a separate certificate of service on all other parties will be filed with the Court.

**AKERMAN LLP**
Las Olas Centre II, Suite 1600
350 East Las Olas Boulevard
Fort Lauderdale, Florida 33301
Tel: (954) 463-2700
Fax: (954) 463-2224
*Proposed Attorneys for Debtors-in-Possession*


By: *Amanda Klopp, Esq.*
Michael I. Goldberg, Esq.
Florida Bar No. 886602
michael.goldberg@akerman.com
Eyal Berger, Esq.
Florida Bar No. 11069
eyal.berger@akerman.com
Amanda Klopp, Esq.
Florida Bar No. 124156
amanda.klopp@akerman.com


## SERVICE LIST


**20-14792-EPK Notice will be electronically mailed to:**

Michael I Goldberg, Esq on behalf of Debtor TooJay's Management LLC
michael.goldberg@akerman.com, charlene.cerda@akerman.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

52884346;1

# EXHIBIT A

| Last, First Name | Record Gross | PST Record OASDI Amount (ER) | PST Record Medicare Amount (ER) | PST Record Federal Unemployment Tax Amount (ER) | PST Record ER SUTA Florida Amount (ER) | PST Record Cigna HSA-OAP Pretax Amount (ER) | PST Record Cigna OAP Pretax Amount (ER) | PST Record Dental Pretax Amount (ER) | PST Record VB - Basic Essential Amount (ER) | Admin Fee |
|---|---|---|---|---|---|---|---|---|---|---|
| R … Audrey | $1,333.82 | $75.50 | $17.66 | | | | | | | $1.25 |
| C … Peter | $2,044.29 | $104.31 | $24.40 | | | | $275.94 | $4.04 | | $1.25 |
| H … David | $2,192.36 | $120.71 | $28.23 | | | | $217.00 | $6.36 | | $1.25 |
| B … Kimberly | $2,145.00 | $118.05 | $27.61 | | | $220.53 | | $4.40 | | $1.25 |
| W … Timothy | $1,859.97 | $108.45 | $25.36 | | | | $104.55 | $3.87 | | $1.25 |
| H … Heather | $2,024.77 | $116.05 | $27.14 | | | | $104.55 | $4.04 | | $1.25 |
| U … Salvatore | $1,436.27 | $73.83 | $17.26 | | | | $217.00 | $4.40 | | $1.25 |
| S … Nadine | $710.76 | $44.07 | $10.30 | | | | | | | $1.25 |
| G … Raymond | $1,700.20 | $83.06 | $19.42 | | | | $290.97 | $6.36 | $5.10 | $1.25 |
| R … Stephen | $1,709.44 | $103.38 | $24.18 | | | | | | | $1.25 |
| J … Alcide | $743.94 | $46.12 | $10.79 | | | | | | | $1.25 |
| J … Romial | $895.28 | $55.51 | $12.98 | | | | | | | $1.25 |
| D … Wilson | $948.62 | $58.81 | $13.76 | | | | | | | $1.25 |
| P … Michael | $2,024.77 | $106.49 | $24.90 | | | | $217.00 | $4.40 | | $1.25 |
| G … Shaun | $2,024.03 | $105.49 | $24.67 | | | $325.95 | | $6.36 | $5.10 | $1.25 |
| J … Lourguens | $911.94 | $66.54 | $13.23 | | | | | | | $1.25 |
| M … Greg | $1,780.32 | $94.24 | $22.04 | | | | $202.18 | $4.40 | | $1.25 |
| B … Kevin | $1,840.00 | $111.10 | $25.98 | | | $122.03 | | $4.04 | $5.10 | $1.25 |
| W … Mark | $564.79 | $35.02 | $8.19 | | | | | | | $1.25 |
| F … Hector | $1,698.48 | $90.95 | $21.27 | | | $243.08 | | $4.04 | | $1.25 |
| C … John | $2,288.23 | $135.06 | $31.59 | | | | $104.55 | $4.40 | $5.10 | $1.25 |
| N … David | $4,046.92 | $230.39 | $53.88 | | | | $290.97 | $6.36 | | $1.25 |
| A … Pierre | $799.08 | $49.54 | $11.59 | | | | | | | $1.25 |
| D … James | $2,330.55 | $129.82 | $30.36 | | | | $210.09 | $3.87 | | $1.25 |
| C … Irene | $739.60 | $45.86 | $10.73 | $0.66 | $0.26 | | | | | $1.25 |
| C … Harold | $334.35 | $20.73 | $4.85 | | | | | | | $1.25 |
| W … William | $1,572.53 | $85.23 | $19.93 | | | $311.13 | | $3.87 | | $1.25 |
| U … Wichzert | $1,129.39 | $70.02 | $16.37 | | | | | | | $1.25 |
| P … Adens | $785.77 | $48.71 | $11.40 | | | | | | | $1.25 |
| M … Charles | $2,509.32 | $145.53 | $34.03 | | | $235.34 | | $4.40 | | $1.25 |
| A … Anthony | $844.73 | $45.48 | $12.25 | | | | | | | $1.25 |
| F … Jean | $1,742.96 | $99.86 | $23.36 | | | | | | | $1.25 |
| Y … Yvon | | $62.37 | | | | $235.34 | | $3.87 | | $1.25 |
| J … Francisco | $273.65 | $16.97 | | | | | | | | $1.25 |
| J … Jean | $985.46 | $59.86 | $14.00 | | | | | | | $1.25 |
| K … Junior | $693.10 | $42.97 | $10.05 | | | | | | | $1.25 |
| K … Eilen | $708.00 | $43.90 | $10.27 | | | | | | | $1.25 |
| D … Marie | $663.06 | $41.11 | $9.61 | | | | | | | $1.25 |
| D … Louigens | $1,387.34 | $86.02 | $20.12 | | | | | | | $1.25 |
| G … Jerry | $2,279.02 | $126.08 | $29.49 | | | | $217.00 | $6.36 | | $1.25 |
| H … Kevin | $132.75 | $8.23 | $1.93 | | | | | | | $1.25 |
| B … James | $1,650.02 | $94.05 | $21.99 | | | $236.34 | | $3.87 | | $1.25 |
| P … Laura | $1,049.42 | $65.07 | $15.22 | | | | | | | $1.25 |
| W … Maria | $1,314.35 | $81.49 | $19.05 | | | | | | | $1.25 |
| S … Lesley | $1,198.71 | $74.32 | $17.38 | | | | | | | $1.25 |
| C … Christopher | $1,653.82 | $86.81 | $23.65 | | | | | | | $1.25 |
| R … Jean | $1,549.29 | | $20.31 | | | | | | | $1.25 |
| F … Josephine | $860.08 | $53.32 | $12.47 | | | | | | | $1.25 |
| A … Nicolas | $1,923.77 | $107.00 | $25.03 | | | $311.13 | | $6.36 | | $1.25 |
| M … John | $2,003.57 | $124.22 | $29.05 | | | | | | | $1.25 |
| L … Brian | $810.61 | $50.26 | $11.76 | | | | | | | $1.25 |
| T … Jennifer | $1,939.40 | $116.27 | $27.19 | | | $122.03 | | $4.04 | | $1.25 |
| A … Jessica | $1,367.97 | $77.41 | $18.10 | | | | $104.55 | $4.04 | | $1.25 |



| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| [redacted] Debra | $1,418.13 | $87.93 | $20.56 | | | | | | | $1.25 |
| [redacted], Robert | $860.60 | $53.36 | $12.48 | | | | | | $5.10 | $1.25 |
| [redacted] Dubre | $1,406.54 | $87.21 | $20.39 | | | | | | | $1.25 |
| [redacted], Inna | $1,331.69 | $67.89 | $15.88 | | | | $210.09 | $3.87 | | $1.25 |
| [redacted], Victoria | $1,226.62 | $76.05 | $17.78 | | | | | | | $1.25 |
| [redacted] Miranda | $1,195.56 | $74.13 | $17.33 | | | | | | | $1.25 |
| [redacted] Robert | $1,806.65 | $96.75 | $22.63 | | | $325.95 | | $6.36 | | $1.25 |
| [redacted] Ardian | $1,523.41 | $91.54 | $21.41 | | | $122.03 | | $4.04 | | $1.25 |
| [redacted], Courtney | $2,034.65 | $99.58 | $23.29 | | | | $290.97 | $6.36 | | $1.25 |
| [redacted] Monica | $46.77 | $2.90 | $0.67 | | | | | | | $1.25 |
| [redacted], Larry | $1,532.57 | $88.21 | $20.63 | | | | $104.55 | $4.04 | | $1.25 |
| [redacted] Evan | $1,995.14 | $123.69 | $28.93 | | | | | | | $1.25 |
| [redacted], Frances | $1,230.60 | $76.30 | $17.84 | | | | | | | $1.25 |
| [redacted] Anthony | $1,513.17 | $93.82 | $21.94 | | | | | | | $1.25 |
| [redacted], Kimberly | $698.98 | $43.34 | $10.14 | | | | | | | $1.25 |
| [redacted], Casey | $585.05 | $36.27 | $8.48 | | | | | | | $1.25 |
| [redacted], Kathleen | $1,672.11 | $94.55 | $22.12 | | | | $89.74 | $4.04 | | $1.25 |
| [redacted], David | $489.81 | $30.37 | $7.11 | | | | | | | $1.25 |
| [redacted] Jennifer | $1,357.96 | $73.48 | $17.19 | | | | | | | $1.25 |
| [redacted], Madsen | $1,630.20 | $94.26 | $22.05 | | | | $104.55 | $4.04 | | $1.25 |
| [redacted], Dianna | $1,161.26 | $62.44 | $14.61 | | | | $89.74 | $4.04 | | $1.25 |
| [redacted], Christopher | $2,712.21 | $151.15 | $35.35 | | | $235.34 | | $3.87 | | $1.25 |
| [redacted], Perry | $1,771.50 | $78.75 | $24.90 | | | $122.03 | | $4.04 | | $1.25 |
| [redacted] Nicole | $1,193.21 | $71.24 | $16.66 | | | $122.03 | | | | $1.25 |
| [redacted], Clayton | $989.50 | $61.35 | $14.35 | | | | | | | $1.25 |
| [redacted], Lisa | $1,010.14 | $62.63 | $14.65 | $3.48 | $1.39 | | | | | $1.25 |
| [redacted], Wilfrid | $171.14 | $10.61 | $2.48 | $1.03 | $0.41 | | | | | $1.25 |
| [redacted], Jennell | $1,611.64 | $80.49 | $18.82 | | | | $217.00 | $4.40 | | $1.25 |
| [redacted], Leclerc | $540.15 | $33.49 | $7.83 | | | | | | | $1.25 |
| [redacted], Robin | $1,666.73 | $82.82 | $19.37 | | | | $290.97 | $6.36 | | $1.25 |
| [redacted] Brian | $1,650.93 | $95.55 | $22.35 | | | | $104.55 | $4.04 | | $1.25 |
| [redacted], Edward | $1,189.86 | $73.77 | $17.26 | | | | | | | $1.25 |
| [redacted], Brett | $3,438.55 | $204.81 | $47.90 | | | $243.08 | | $4.40 | | $1.25 |
| [redacted], Kevin | $1,658.05 | $93.39 | $21.84 | | | | $104.55 | $4.04 | | $1.25 |
| [redacted], William | $2,293.47 | $126.54 | $29.59 | | | | $217.00 | $6.36 | | $1.25 |
| [redacted], Josclyn | $632.01 | $39.19 | $9.16 | | | | | | | $1.25 |
| [redacted], Dameon | $1,882.05 | $91.96 | $21.51 | | | | $290.97 | $6.36 | | $1.25 |
| [redacted], Stephen | $1,459.18 | $68.91 | $16.11 | | | | $210.09 | $3.87 | | $1.25 |
| [redacted], Jillian | $1,136.99 | $70.49 | $16.49 | | | | | | $5.10 | $1.25 |
| [redacted] Braydon | $699.36 | $43.35 | $10.14 | | | | | | | $1.25 |
| [redacted], Cheryl | $2,293.47 | $126.06 | $29.48 | | | | $202.18 | $4.40 | | $1.25 |
| [redacted], Jean | $964.10 | $59.77 | $13.98 | | | | | | $5.10 | $1.25 |
| [redacted], Saint Obert | $601.57 | $37.30 | $8.72 | | | | | | | $1.25 |
| [redacted], Chasity | $1,629.69 | $94.23 | $22.04 | | | | $104.55 | $4.04 | | $1.25 |
| [redacted], Holly | $1,238.36 | $67.80 | $15.86 | | | $235.34 | | $3.87 | | $1.25 |
| [redacted], Laurie | $1,134.09 | $60.42 | $14.13 | | | $220.53 | | $3.87 | | $1.25 |
| [redacted], Shawn | $1,501.53 | $73.01 | $17.07 | | | | $290.97 | $4.40 | | $1.25 |
| [redacted] Tim | $1,484.05 | $88.11 | $20.61 | | | $107.22 | | $4.04 | | $1.25 |
| [redacted] Danny | $618.77 | $38.36 | $8.97 | | | | | | $5.10 | $1.25 |
| [redacted] Elizabeth | $770.68 | $47.78 | $11.18 | | | | | | $5.10 | $1.25 |
| [redacted], Eveline | $601.47 | $37.29 | $8.72 | | | | | | | $1.25 |
| [redacted], Ryan | $1,176.46 | $69.96 | $16.36 | | | $122.03 | | $4.04 | | $1.25 |
| [redacted] Joseph | $130.16 | $8.07 | $1.89 | $0.78 | $0.31 | | | | | $1.25 |
| [redacted] Megan | $2,150.69 | $129.36 | $30.25 | | | $122.03 | | $4.04 | | $1.25 |
| [redacted], Robbin | $745.87 | $46.24 | $10.82 | | | | | | $5.10 | $1.25 |
| [redacted], Martino | $213.08 | $13.21 | $3.09 | | | | | | | $1.25 |
| [redacted], Donna | $71.81 | $4.45 | $1.04 | $0.43 | $0.17 | | | | | $1.25 |

| Name | Balance | Amt | Amt | Amt | Amt | Amt | Amt | Amt | Amt | Amt |
|---|---|---|---|---|---|---|---|---|---|---|
| H Matthew | $1,691.62 | $97.15 | $22.72 | | | | $89.74 | $4.04 | | $1.25 |
| K Deborah | $1,135.47 | $70.40 | $16.47 | | | | | | | $1.25 |
| R Jules | $351.82 | $21.81 | $5.10 | | | | | | | $1.25 |
| N Scott | $776.40 | $48.14 | $11.25 | | | | | | | $1.25 |
| K Rachel | $1,327.60 | $82.32 | $19.25 | | | | | | $5.10 | $1.25 |
| K Amanda | $558.70 | $34.64 | $8.10 | | | | | | $5.10 | $1.25 |
| L Michael | $1,373.75 | $85.17 | $19.92 | | | | | | | $1.25 |
| L Kimberly | $729.59 | $45.24 | $10.58 | | | | | | | $1.25 |
| S Felipe | $439.64 | $27.26 | $6.38 | | | | $104.55 | $4.04 | | $1.25 |
| C Donnann | $1,518.88 | $86.77 | $20.29 | | | | $210.09 | $4.04 | | $1.25 |
| C Sean | $1,647.98 | $101.92 | $23.84 | | | | $104.55 | $3.87 | | $1.25 |
| J Clint | $1,299.41 | $65.89 | $15.41 | | | | | $4.04 | | $1.25 |
| W La Shia | $1,492.30 | $85.71 | $20.05 | | | | | | | $1.25 |
| K Thurston | $1,148.16 | $71.18 | $16.65 | | | | | | | $1.25 |
| C Francis | $1,327.55 | $82.31 | $19.25 | $2.11 | $0.85 | | | | | $1.25 |
| C Emily | $690.04 | $42.78 | $10.00 | | | | $104.55 | $4.04 | | $1.25 |
| B George | $1,114.38 | $92.29 | $14.56 | $0.08 | $0.03 | | | $6.36 | | $1.25 |
| B Montravelous | $528.97 | $32.79 | $7.67 | | | $325.95 | $290.97 | $6.36 | | $1.25 |
| G Joseph | $91.66 | $91.66 | $21.44 | | | | | | | $1.25 |
| G Kevin | $3,576.16 | $201.41 | $47.10 | $0.18 | $0.07 | | | | | $1.25 |
| H Jacquelyn | $725.00 | $45.95 | $9.52 | | | | | $6.36 | | $1.25 |
| L Lamontric | $869.64 | $41.52 | $9.71 | | | | | | | $1.25 |
| M Nancy | $41.52 | $112.04 | $26.21 | | | | | | | $1.25 |
| M Yzole | $1,820.73 | $47.39 | $11.08 | | | | | | | $1.25 |
| C Demetrius | $764.34 | $56.20 | $13.14 | | | | | $6.36 | | $1.25 |
| P Raul | $906.48 | $73.01 | $17.08 | $2.81 | $1.12 | | $290.97 | $4.04 | | $1.25 |
| P Lisa | $1,540.63 | $28.99 | $6.78 | $1.53 | $0.61 | | | $6.36 | | $1.25 |
| C Tiffany | $467.57 | $37.63 | $8.80 | | | | | | | $1.25 |
| B Robin | $606.94 | $197.13 | $46.10 | | | $122.03 | | | | $1.25 |
| S Amy | $3,296.60 | $93.96 | $21.98 | | | $311.13 | | $4.40 | | $1.25 |
| S Steven | $1,729.45 | $76.44 | $17.87 | | | | | | $5.10 | $1.25 |
| J Amanda | $1,232.98 | $110.93 | $25.94 | | | | | $3.87 | | $1.25 |
| J Norman | $1,789.19 | $76.35 | $17.85 | | | | | | $5.10 | $1.25 |
| C Michael | $1,476.89 | $31.10 | $7.27 | | | | | | | $1.25 |
| C Christina | $501.58 | $89.07 | $20.83 | $3.01 | $1.21 | $236.34 | $217.00 | | | $1.25 |
| M Shawn | $1,565.32 | $77.65 | $18.16 | | | | | | | $1.25 |
| M Robert | $1,252.43 | $24.90 | $5.82 | $2.20 | $0.88 | | | | | $1.25 |
| V Laura | $401.60 | $48.45 | $11.32 | | | | | | | $1.25 |
| V Justin | $781.33 | $81.65 | $19.09 | | | | | | $5.10 | $1.25 |
| P Alexander | $1,316.90 | $86.36 | $20.20 | | | | | | | $1.25 |
| P Abigail | $1,650.16 | $32.81 | $7.67 | | | | | | | $1.25 |
| V Willie | $529.21 | $39.57 | $9.25 | | | | | | | $1.25 |
| V Gregory | $692.65 | $101.50 | $23.74 | | | $325.95 | | $6.36 | | $1.25 |
| R Dee Dee | $1,637.10 | $28.55 | $6.68 | | | $122.03 | | $4.04 | | $1.25 |
| R Crischalie | $460.51 | $40.75 | $9.53 | | | | | | | $1.25 |
| H Nancy | $657.17 | $196.12 | $45.86 | | | | | | | $1.25 |
| H Judith | $3,211.23 | $72.95 | $17.06 | $0.46 | $0.18 | $122.03 | | $4.04 | | $1.25 |
| F Taylor | $1,176.61 | $4.72 | $1.10 | $0.55 | $0.22 | | | | $5.10 | $1.25 |
| C Robin | $76.06 | $5.73 | $1.34 | | | | | | | $1.25 |
| J Kemberlee | $92.35 | | $0.64 | | | | | | | $1.25 |
| J Darling | $44.45 | | $2.75 | | | | | | | $1.25 |
| L Matthew | $1,628.46 | $97.06 | $22.70 | | | $122.03 | | $4.04 | | $1.25 |
| L Deborah | $1,751.79 | $98.57 | $23.05 | | | $235.34 | | $3.87 | | $1.25 |
| M Danielle | $1,564.44 | $30.19 | $21.09 | | | | $104.55 | $4.04 | | $1.25 |
| H Jennifer | $1,194.16 | $70.26 | $16.43 | | | $122.03 | | $4.04 | | $1.25 |
| B Heidi | $135.24 | $8.38 | $1.96 | $0.81 | $0.33 | | | | | $1.25 |
| E James | $578.74 | $35.88 | $8.39 | | | | | | $5.10 | $1.25 |





| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| B[redacted] Tanner | $481.76 | $29.87 | $6.98 | | | | | | | $1.25 |
| K[redacted], Tina | $1,208.71 | $66.14 | $15.47 | | | | $104.55 | $4.04 | | $1.25 |
| E[redacted], Christopher | $1,870.38 | $95.45 | $22.32 | | | | $290.97 | $6.36 | | $1.25 |
| E[redacted], Timothy | $1,195.28 | $74.11 | $17.33 | | | | | | | $1.25 |
| O[redacted] Joseph | $415.64 | $25.77 | $6.03 | $2.49 | $1.00 | | | | | $1.25 |
| G[redacted], Jacques | $873.20 | $46.08 | $10.78 | | | $235.34 | | $3.87 | | $1.25 |
| L[redacted], Chelsea | $906.90 | $56.23 | $13.15 | | | | | | | $1.25 |
| V[redacted], William | $1,780.32 | $110.30 | $25.80 | | | | | | | $1.25 |
| B[redacted], Michael | $1,054.00 | $57.54 | $13.46 | | | | $89.74 | $4.04 | | $1.25 |
| L[redacted], Aaron | $1,712.76 | $94.84 | $22.18 | | | $325.95 | | $6.36 | | $1.25 |
| S[redacted] Patrick | $1,493.61 | $85.80 | $20.07 | | | | $104.55 | $4.04 | | $1.25 |
| C[redacted], Rosilene | $1,001.52 | $62.09 | $14.52 | $1.57 | $0.63 | | | | | $1.25 |
| V[redacted], Ashley | $903.40 | | $9.67 | | | | $210.09 | $3.87 | | $1.25 |
| R[redacted], Labranya | $783.13 | $48.55 | $11.36 | | | | | | | $1.25 |
| C[redacted], Nicole | $175.86 | $10.90 | $2.55 | | | | | | | $1.25 |
| W[redacted], Andrew | $1,605.00 | $99.51 | $23.27 | | | | | | | $1.25 |
| S[redacted], Jessica | $84.68 | $5.25 | $1.23 | $0.51 | $0.21 | | | | | $1.25 |
| B[redacted], Terry | $490.41 | $30.41 | $7.11 | $1.89 | $0.76 | | | | | $1.25 |
| H[redacted] Willie | $2,084.49 | $123.50 | $28.88 | | | $107.22 | | $4.04 | | $1.25 |
| P[redacted] Edward | $6,743.59 | $402.98 | $94.25 | | | $325.95 | | $6.36 | | $1.25 |
| M[redacted], Abbygayle | $850.41 | $52.72 | $12.33 | | | | | | | $1.25 |
| C[redacted], Michelle | $2,440.08 | $148.30 | $34.68 | | | $122.03 | | $4.04 | | $1.25 |
| S[redacted], Monica | $263.72 | $16.35 | $3.82 | | | | | | $5.10 | $1.25 |
| E[redacted], Skyla-kim | $1,208.19 | $74.91 | $17.52 | | | | | | | $1.25 |
| K[redacted], Karl | $1,511.17 | $86.89 | $20.32 | | | | $104.55 | $4.04 | | $1.25 |
| S[redacted], Richard | $2,067.33 | $121.37 | $28.39 | | | | $104.55 | $4.04 | | $1.25 |
| D[redacted], George | $1,179.60 | $68.64 | $16.05 | | | $122.03 | | $4.04 | | $1.25 |
| H[redacted], Nicole | $1,285.87 | $79.73 | $18.64 | | | | | | | $1.25 |
| L[redacted], Jason | $565.94 | $35.09 | $8.20 | $0.48 | $0.19 | | | | | $1.25 |
| T[redacted], Tabitha | $862.71 | $49.91 | $11.67 | | | $122.03 | | $4.04 | | $1.25 |
| S[redacted], Stephanie | $1,729.29 | $104.31 | $24.40 | | | $122.03 | | $4.04 | | $1.25 |
| J[redacted], Moliere | $84.94 | $5.26 | $1.23 | | | | | | | $1.25 |
| P[redacted] Edward | $372.36 | $23.09 | $5.40 | | | | | | | $1.25 |
| C[redacted], John | $534.48 | $33.14 | $7.75 | | | | | | | $1.25 |
| M[redacted], Sean | | | | | | | | | $5.10 | $1.25 |
| M[redacted], Geoffrey | $928.85 | $54.68 | $12.78 | | | $122.03 | | $4.04 | | $1.25 |
| G[redacted] Mark | $1,341.38 | $83.16 | $19.45 | | | | | | | $1.25 |
| S[redacted], Arthur | $3,335.23 | $205.83 | $48.14 | | | | | $4.40 | | $1.25 |
| K[redacted]r, Rebecca | $255.61 | $15.85 | $3.71 | $1.53 | $0.62 | | | | | $1.25 |
| W[redacted], Edward | $2,010.75 | $124.67 | $29.16 | | | | | | | $1.25 |
| B[redacted], Ryan | $1,792.44 | $90.61 | $21.19 | | | | $290.97 | $6.36 | | $1.25 |
| H[redacted], Patricia | $428.70 | $26.58 | $6.21 | | | | | | $5.10 | $1.25 |
| B[redacted], Mark | $1,651.63 | $87.73 | $20.51 | | | | $210.09 | $3.87 | | $1.25 |
| F[redacted] Enrique | $44.48 | $2.76 | $0.64 | | | | | | | $1.25 |
| D[redacted] Adam | $2,205.94 | $119.44 | $27.93 | | | $325.95 | | $6.36 | | $1.25 |
| V[redacted] Marissa | $720.14 | $44.65 | $10.44 | | | | | | | $1.25 |
| W[redacted], Bradley | $259.07 | $16.06 | $3.76 | $1.55 | $0.62 | | | | | $1.25 |
| A[redacted] Louis | $1,742.32 | $108.02 | $25.26 | | | | | | | $1.25 |
| M[redacted], Justin | $1,599.52 | $77.73 | $18.18 | | | | $275.94 | $6.36 | | $1.25 |
| J[redacted], Lori | $1,736.03 | $99.91 | $23.36 | | | | $89.74 | $4.04 | | $1.25 |
| K[redacted], Mark | $1,479.75 | $83.55 | $19.54 | | | | $89.74 | $3.87 | | $1.25 |
| S[redacted], Sean | $1,413.88 | $80.85 | $18.91 | | | | $104.55 | $4.04 | | $1.25 |
| B[redacted] Joel | $1,140.16 | $70.69 | $16.53 | | | | | | | $1.25 |
| C[redacted], Jennifer | $1,842.80 | $107.45 | $25.13 | | | | $104.55 | $4.04 | | $1.25 |
| M[redacted], Francisco | $316.29 | $19.61 | $4.58 | | | | | | | $1.25 |
| K[redacted], Claudia | $445.43 | $27.62 | $6.46 | $2.67 | $1.07 | | | | | $1.25 |
| S[redacted], Deaunte | $1,213.53 | $64.54 | $15.09 | | | $220.53 | | $6.36 | | $1.25 |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| [redacted], Shelly | $616.68 | $38.24 | $8.94 | $1.21 | $0.48 | | | | | $1.25 |
| [redacted], Jennifer | $829.93 | $51.45 | $12.03 | | | | | | $5.10 | $1.25 |
| [redacted] Taylor | $686.69 | $42.57 | $9.96 | | | | | | | $1.25 |
| [redacted], Shanece | $560.39 | $34.74 | $8.13 | | | | | | | $1.25 |
| [redacted], Monica | $971.04 | $60.21 | $14.09 | | | | | | | $1.25 |
| [redacted], Scott | $1,166.26 | $68.41 | $16.00 | | | $107.22 | | $4.04 | | $1.25 |
| [redacted] Jason | $636.54 | $39.46 | $9.23 | | | | | | | $1.25 |
| [redacted], Adiel | $716.99 | $44.45 | $10.40 | | | | | | | $1.25 |
| [redacted] Philip | $2,034.65 | $122.24 | $28.59 | | | $107.22 | | $4.04 | | $1.25 |
| [redacted], Catherine | $816.14 | $50.60 | $11.83 | | | | | | | $1.25 |
| [redacted], Stefon | $658.58 | $40.83 | $9.55 | | | | | | | $1.25 |
| [redacted], Joe Robert | $1,249.64 | $77.48 | $18.12 | | | | | | | $1.25 |
| [redacted], Nicole | $1,426.52 | $81.71 | $19.11 | | | | $104.55 | $4.04 | | $1.25 |
| [redacted], Sevren | $1,764.09 | $109.37 | $25.58 | | | | | | | $1.25 |
| [redacted] Kevin | $651.74 | $40.41 | $9.45 | | | | | | | $1.25 |
| [redacted] Brian | $1,104.93 | $68.26 | $15.96 | | | | | $4.04 | | $1.25 |
| [redacted], Karen | $1,155.60 | $63.67 | $14.89 | | | $235.34 | | $3.87 | | $1.25 |
| [redacted], Brian | $1,814.07 | $103.72 | $24.25 | | | | $89.74 | $4.40 | | $1.25 |
| [redacted], Timothy | $538.32 | $33.38 | $7.80 | | | | | | | $1.25 |
| [redacted] Christopher | $702.48 | $28.88 | $6.75 | | | | $210.09 | $3.87 | | $1.25 |
| [redacted] Catrina | $1,093.63 | $67.81 | $15.86 | | | | | | | $1.25 |
| [redacted], John | $1,229.90 | $61.86 | $14.46 | | | | $217.00 | | | $1.25 |
| [redacted], Jason | $760.69 | $47.16 | $11.03 | $1.75 | $0.70 | | | | | $1.25 |
| [redacted], Darryl | $1,629.69 | $99.64 | $23.30 | | | | | $6.36 | | $1.25 |
| [redacted] Robert | $1,717.15 | $102.96 | $24.08 | | | $122.03 | | $4.04 | | $1.25 |
| [redacted] John | $1,335.53 | $82.80 | $19.36 | | | | | | | $1.25 |
| [redacted], Travis | $1,362.13 | $74.91 | $17.52 | | | $220.53 | | $3.87 | | $1.25 |
| [redacted] Bryan | $220.41 | $13.66 | $3.20 | $1.12 | $0.45 | | | | | $1.25 |
| [redacted], Shane | $657.16 | $40.74 | $9.53 | | | | | | | $1.25 |
| [redacted] Vicki | $1,173.51 | $72.76 | $17.02 | | | | | | | $1.25 |
| [redacted] Megan | $1,347.24 | $76.80 | $17.96 | | | | $104.55 | $4.04 | | $1.25 |
| [redacted], Betty | $1,432.15 | $83.82 | $19.61 | | | $122.03 | | $4.04 | | $1.25 |
| [redacted] Jared | $1,092.51 | $64.55 | $15.10 | | | $122.03 | | $4.04 | | $1.25 |
| [redacted], Agustina | $179.24 | $11.11 | $2.60 | $1.08 | $0.43 | | | | | $1.25 |
| [redacted] Wesley | $736.50 | $45.67 | $10.68 | | | | | | | $1.25 |
| [redacted], Arty | $1,849.64 | $111.70 | $26.12 | | | $122.03 | | $4.04 | | $1.25 |
| [redacted] David | $1,619.80 | $92.38 | $21.60 | | | $235.34 | | $3.87 | | $1.25 |
| [redacted] Kyrcee | $686.91 | $42.59 | $9.96 | | | | | | | $1.25 |
| [redacted], Michelle | $666.02 | $41.29 | $9.66 | | | | | | | $1.25 |
| [redacted], Jason | $383.27 | $23.77 | $5.56 | | | | | | | $1.25 |
| [redacted], Nathaniel | $1,135.34 | $62.82 | $14.69 | $4.35 | $1.74 | | $104.55 | $4.04 | | $1.25 |
| [redacted], Ashley | $694.75 | $43.08 | $10.07 | | | | | | | $1.25 |
| [redacted] James | $1,178.16 | $68.75 | $16.08 | | | $107.22 | | $4.04 | | $1.25 |
| [redacted], Aaron | $1,851.93 | $111.20 | $26.01 | | | $122.03 | | $4.40 | | $1.25 |
| [redacted] Stephen | $2,119.83 | $115.84 | $27.09 | | | | $217.00 | $6.36 | | $1.25 |
| [redacted], Jonathan | $1,492.30 | $92.52 | $21.64 | | | | | | | $1.25 |
| [redacted], Frederick | $2,992.70 | $160.81 | $37.61 | | | | $290.97 | $6.36 | | $1.25 |
| [redacted], Jenifer | $1,140.44 | $64.59 | $15.11 | | | | | | | $1.25 |
| [redacted], Harripersaud | $534.36 | $33.13 | $7.75 | $2.44 | $0.98 | | | | | $1.25 |
| [redacted], Emmanuel | $590.72 | $36.63 | $8.57 | | | | | | | $1.25 |
| [redacted], Rachel | $488.82 | $30.31 | $7.09 | | | | | | | $1.25 |
| [redacted], James | $1,586.63 | $90.65 | $21.20 | | | | $89.74 | $4.04 | | $1.25 |
| [redacted], Tucker | $1,132.54 | $62.16 | $14.54 | | | $235.34 | | $3.87 | | $1.25 |
| [redacted], Arturo | $1,363.38 | $70.13 | $16.40 | | | | $217.00 | | | $1.25 |
| [redacted], Robbin | $1,708.78 | $104.54 | $24.45 | | | | | $6.36 | | $1.25 |
| [redacted], Windsor | $356.82 | $22.12 | $5.17 | $2.14 | $0.85 | | | | | $1.25 |
| [redacted] Debra | $1,320.60 | $77.12 | $18.04 | | | $107.22 | | $6.36 | | $1.25 |

| Name | Col 1 | Col 2 | Col 3 | Col 4 | Col 5 | Col 6 | Col 7 | Col 8 | Col 9 | Col 10 |
|---|---|---|---|---|---|---|---|---|---|---|
| Mariana | $1,520.06 | $94.25 | $22.04 | | | | | | | $1.25 |
| Rhode | $687.49 | $42.62 | $9.96 | | | | | | | $1.25 |
| Blake | $275.41 | $17.08 | $3.99 | | | | | | | $1.25 |
| Seith | $662.25 | $41.06 | $9.60 | | | | | | | $1.25 |
| James | $852.68 | $52.86 | $12.36 | | | | | | | $1.25 |
| Aileen | $557.81 | $34.58 | $8.09 | $1.35 | $0.54 | | | | | $1.25 |
| Eduardo | $1,801.80 | $110.32 | $25.80 | | | | | | | $1.25 |
| Dawn | $1,545.00 | $88.31 | $20.65 | | | | $89.74 | $3.87 | | $1.25 |
| Laurie | $1,185.23 | $73.48 | $17.19 | | | | | | | $1.25 |
| F. Hasheen | $568.36 | $35.24 | $8.24 | | | | | | | $1.25 |
| Melissa | $1,394.10 | $86.03 | $20.12 | | | | | | | $1.25 |
| Hollis | $1,788.55 | $110.30 | $25.79 | | | | | | | $1.25 |
| Eustace | $2,345.77 | $135.72 | $31.74 | $1.73 | $0.69 | | $89.74 | $4.04 | | $1.25 |
| Timothy | $1,244.43 | $76.83 | $17.97 | $6.48 | $2.59 | | | $4.04 | | $1.25 |
| Travis | $2,037.34 | $125.99 | $29.47 | | | | | $4.04 | | $1.25 |
| Livingston | $288.71 | $17.90 | $4.19 | | | | | | | $1.25 |
| Kayla | $1,079.17 | $66.91 | $15.65 | | | | | | | $1.25 |
| Thomas | $12.99 | $0.81 | $0.19 | $0.08 | $0.03 | | | | | $1.25 |
| Karen | $664.19 | $41.18 | $9.63 | $3.99 | $1.59 | | | | | $1.25 |
| Wendy | $1,092.21 | $67.71 | $15.84 | $6.55 | $2.62 | | | | | $1.25 |
| Wyatt | $863.58 | $53.54 | $12.53 | $5.18 | $2.07 | | | | | $1.25 |
| Sara | | | | | | | | | | $1.25 |
| **Total** | **$366,244.10** | **$21,230.14** | **$5,004.85** | **$72.25** | **$28.92** | **$10,857.49** | **$10,994.94** | **$583.78** | **$107.05** | **$378.66** |

# EXHIBIT B

| Row Labels | Sum of Reg Hours | Sum of Overtime ho | Total Hours | Bonus Amount | OT Premium | Total Bonus |
|---|---|---|---|---|---|---|
| ▇ Louis | 472.68 | 174.09 | 646.77 | 297.88 | 40.09 | $337.97 |
| ▇ Jessica | 560 | 193.02 | 753.02 | 497.49 | 63.76 | $561.25 |
| ▇ Matthew | 560 | 217 | 777 | 312.5 | 43.64 | $356.14 |
| ▇ Robin | 737.27 | | 737.27 | 1645.31 | 0 | $1,645.31 |
| ▇ Nicolas | 766.7 | | 766.7 | 1412.06 | 0 | $1,412.06 |
| ▇ Angela | 157.22 | | 157.22 | | 0 | $0.00 |
| ▇ Amanda | 560 | 212.28 | 772.28 | 243.34 | 33.44 | $276.78 |
| ▇ Nicole | 560 | 193.5 | 753.5 | 637.41 | 81.84 | $719.25 |
| ▇ Courtney | 825.94 | | 825.94 | 2575 | 0 | $2,575.00 |
| ▇ Darryl | 688.43 | | 688.43 | 825 | 0 | $825.00 |
| ▇ Ryan | 560 | 192.8 | 752.8 | 750 | 96.04 | $846.04 |
| ▇ James | 560 | 158.94 | 718.94 | 506.47 | 55.98 | $562.45 |
| ▇ Mark | 763.35 | | 763.35 | 2090.25 | 0 | $2,090.25 |
| ▇ Evan | 718.69 | | 718.69 | 2150 | 0 | $2,150.00 |
| ▇ Joseph | 732.83 | | 732.83 | 2288.34 | 0 | $2,288.34 |
| ▇ Kevin | 554.83 | 129.16 | 683.99 | 1141.68 | 107.79 | $1,249.47 |
| ▇ Michael | 560 | 186.2 | 746.2 | 312.5 | 38.99 | $351.49 |
| ▇ Larry | 560 | 181.24 | 741.24 | 907.37 | 110.93 | $1,018.30 |
| ▇ Jennifer | 541.1 | 204.17 | 745.27 | | 0 | $0.00 |
| ▇ Michelle | 560 | 224.78 | 784.78 | 688.4 | 98.59 | $786.99 |
| ▇ Christopher | 538.44 | 120.6 | 659.04 | | 0 | $0.00 |
| ▇ Jeffrey | 320 | 109.94 | 429.94 | | 0 | $0.00 |
| ▇ Kathleen | 808.7 | | 808.7 | 2116.19 | 0 | $2,116.19 |
| ▇ Donnann | 753.54 | | 753.54 | 1922.25 | 0 | $1,922.25 |
| ▇ Christina | 500.53 | 204.26 | 704.79 | 250.81 | 36.34 | $287.15 |
| ▇ John | 703.71 | | 703.71 | 2895.93 | 0 | $2,895.93 |
| ▇ Robert | 560 | 281.2 | 841.2 | | 0 | $0.00 |
| ▇ Christopher | 618.49 | | 618.49 | 2093.03 | 0 | $2,093.03 |
| ▇ Travis | 560 | 172.99 | 732.99 | | 0 | $0.00 |
| ▇ Peter | 660.84 | | 660.84 | 2018.01 | 0 | $2,018.01 |
| ▇ Tim | 520 | 167.52 | 687.52 | | 0 | $0.00 |
| ▇ Cynthia | 400 | 137.65 | 537.65 | | 0 | $0.00 |
| ▇ Brian | 694.83 | 41.22 | 736.05 | 1726.99 | 48.36 | $1,775.35 |
| ▇ Adam | 560 | 209.46 | 769.46 | 285.8 | 38.9 | $324.70 |
| ▇ Kevin | 560 | 226.81 | 786.81 | 585.2 | 84.35 | $669.55 |
| ▇ George | 560 | 233.04 | 793.04 | 519.2 | 76.29 | $595.49 |
| ▇ James | 732.64 | | 732.64 | 2949.49 | 0 | $2,949.49 |
| ▇ Timothy | 560 | 193.16 | 753.16 | 336.27 | 43.12 | $379.39 |
| ▇ Inna | 560 | 239.03 | 799.03 | 321.78 | 48.13 | $369.91 |
| ▇ Skyla-kim | 560 | 216.23 | 776.23 | | 0 | $0.00 |
| ▇ Christopher | 560 | 236.22 | 796.22 | 1245.47 | 184.75 | $1,430.22 |
| ▇ Francis | 557.27 | 181.57 | 738.84 | 354.63 | 43.58 | $398.21 |
| ▇ Hector | 546.66 | 128.94 | 675.6 | | 0 | $0.00 |
| ▇ Tony | 280 | 88.06 | 368.06 | | 0 | $0.00 |
| ▇ John | 547.18 | 191.39 | 738.57 | 1034.98 | 134.1 | $1,169.08 |
| ▇ Shaun | 766.5 | | 766.5 | 1998.02 | 0 | $1,998.02 |
| ▇ Arty | 560 | 216.08 | 776.08 | 680.63 | 94.75 | $775.38 |
| ▇ Raymond | 699.01 | | 699.01 | 1678.34 | 0 | $1,678.34 |
| ▇ Jerry | 771.11 | | 771.11 | 2249.74 | 0 | $2,249.74 |
| ▇ Scott | 560 | 289.03 | 849.03 | | 0 | $0.00 |
| ▇ Mark | 548.65 | 155.71 | 704.36 | 97.49 | 10.78 | $108.27 |
| ▇ Sean | 560 | 155.32 | 715.32 | 251.32 | 27.29 | $278.61 |
| ▇ Matthew | 727.47 | | 727.47 | 855.17 | 0 | $855.17 |
| ▇ Perry | 553.48 | 181.57 | 735.05 | 622.36 | 76.87 | $699.23 |
| ▇ Lori | 560 | 215.99 | 775.99 | 516.01 | 71.81 | $587.82 |
| ▇ Madsen | 560 | 322.04 | 882.04 | 967.55 | 176.63 | $1,144.18 |
| ▇ Clint | 560 | 246.89 | 806.89 | 700 | 107.09 | $807.09 |
| ▇ Norman | 360 | 135.34 | 495.34 | 357.42 | 48.83 | $406.25 |
| ▇ Mark | 560 | 194.5 | 754.5 | 228.31 | 29.43 | $257.74 |
| ▇ Tina | 510.28 | 151.02 | 661.3 | 1050 | 119.89 | $1,169.89 |
| ▇ Karl | 762.58 | | 762.58 | 1810.5 | 0 | $1,810.50 |
| ▇ Deborah | 780.78 | | 780.78 | 2135.78 | 0 | $2,135.78 |
| ▇ Aaron | 722.13 | | 722.13 | 1702.3 | 0 | $1,702.30 |
| ▇ Justin | 757.31 | | 757.31 | 1740.91 | 0 | $1,740.91 |
| ▇ Greg | 774.9 | | 774.9 | 775.08 | 0 | $775.08 |
| ▇ Megan | 559.39 | 162.94 | 722.33 | 1062 | 119.78 | $1,181.78 |
| ▇ Robert | 551.12 | 110.73 | 661.85 | 617.76 | 51.68 | $669.44 |
| ▇ Raul | 560 | 223.45 | 783.45 | 745.4 | 106.3 | $851.70 |
| ▇ Jennifer | 560 | 200.99 | 760.99 | 306.02 | 40.41 | $346.43 |
| ▇ Nancy | 559 | 211.27 | 770.27 | 724.74 | 99.39 | $824.13 |
| ▇ Geoffrey | 560 | 232.1 | 792.1 | | 0 | $0.00 |
| ▇ Nicole | 560 | 170.33 | 730.33 | 449.85 | 52.46 | $502.31 |
| ▇ Brian | 550.44 | 146.06 | 696.5 | | 0 | $0.00 |

| Name | | 1 | 2 | 3 | 4 | 5 | Amount |
|---|---|---|---|---|---|---|---|
| P███ | Michael | 659.05 | | 659.05 | 2562.28 | 0 | $2,562.28 |
| P███eDameon | | 687.4 | | 687.4 | 2381.88 | 0 | $2,381.88 |
| Q███ | Amy | 732.24 | | 732.24 | 2188.75 | 0 | $2,188.75 |
| R███ | Stephen | 680.5 | | 680.5 | 1250 | 0 | $1,250.00 |
| R███ | Jean | 480 | 192.3 | 672.3 | 427.61 | 61.16 | $488.77 |
| R███ | George | 560 | 155.79 | 715.79 | | 0 | $0.00 |
| R███ | Stephen | 560 | 243.66 | 803.66 | 866.05 | 131.29 | $997.34 |
| R███ | Dee Dee | 708.4 | | 708.4 | 1207 | 0 | $1,207.00 |
| R███ | Megan | 542.51 | 196.27 | 738.78 | | 0 | $0.00 |
| S███ | Deaunte | 560 | 249.35 | 809.35 | 317.09 | 48.85 | $365.94 |
| S███ | Richard | 798.83 | | 798.83 | 1586.48 | 0 | $1,586.48 |
| S███ | Brian | 560 | 200.76 | 760.76 | 317.58 | 41.9 | $359.48 |
| S███ | Patrick | 560 | 206.66 | 766.66 | | 0 | $0.00 |
| S███ | Bryan | 46.69 | 9.26 | 55.95 | | 0 | $0.00 |
| S███ | Ardian | 520 | 187.04 | 707.04 | 332.93 | 44.04 | $376.97 |
| S███ | Sean | 520 | 167.41 | 687.41 | | 0 | $0.00 |
| S███ | Yvon | 560 | 195.55 | 755.55 | 587.6 | 76.04 | $663.64 |
| S███ | Steven | 718.7 | | 718.7 | 1866.97 | 0 | $1,866.97 |
| T███ | Jeff | 266.26 | 71.19 | 337.45 | | 0 | $0.00 |
| T███ | Jennifer | 98.81 | 36.21 | 135.02 | | 0 | $0.00 |
| T███ | Robert | 560 | 179.08 | 739.08 | 1170.62 | 141.82 | $1,312.44 |
| T███ | Garfield | 380.6 | 122.39 | 502.99 | | 0 | $0.00 |
| V███ | Gregory | 560 | 218.19 | 778.19 | 509.48 | 71.42 | $580.90 |
| V███ | William | 753.58 | | 753.58 | 1622.25 | 0 | $1,622.25 |
| V███ | Ashley | 560 | 141.95 | 701.95 | 700 | 70.78 | $770.78 |
| W███ | Jared | 559.75 | 168.66 | 728.41 | 250.99 | 29.06 | $280.05 |
| W███ | Timothy | 556.93 | 166.33 | 723.26 | 834.18 | 95.92 | $930.10 |
| W███ | William | 745.28 | | 745.28 | 1549.88 | 0 | $1,549.88 |
| W███ | La Shia | 557.2 | 213.51 | 770.71 | 274.04 | 37.96 | $312.00 |
| W███ | David | 560 | 228.31 | 788.31 | | 0 | $0.00 |
| W███ | Edward | 556.36 | 191.93 | 748.29 | 679.96 | 87.2 | $767.16 |
| W███ | Sevren | 528.98 | 175.41 | 704.39 | 336.18 | 41.86 | $378.04 |
| W███ | Andrew | 739.9 | | 739.9 | 316.88 | 0 | $316.88 |
| W███ | Brian | 200 | 73.95 | 273.95 | | 0 | $0.00 |
| Z███ | John | 560 | 234.17 | 794.17 | | 0 | $0.00 |
| S███ | Harold | 558.52 | 129.8 | 688.32 | | 0 | $0.00 |
| A███ | Chasity | 694.7 | | 694.7 | 2062.5 | 0 | $2,062.50 |
| K███ | Deborah | 560 | 186.28 | 746.28 | | 0 | $0.00 |
| H███ | Willie | 555.88 | 305.54 | 861.42 | | 0 | $0.00 |
| M███ | James | 520 | 144.63 | 664.63 | | 0 | $0.00 |
| D███ | Jonathan | 520 | 194.35 | 714.35 | | 0 | $0.00 |
| S███ | Sean | 557.8 | 197.99 | 755.79 | | 0 | $0.00 |
| K███eJames | | 560 | 138.08 | 698.08 | | 0 | $0.00 |
| R███ | Robbin | 560 | 102.72 | 662.72 | | 0 | $0.00 |
| E███ | Debra | 560 | 181.26 | 741.26 | 302.3 | 36.96 | $339.26 |
| H███ | Mariana | 560 | 133.41 | 693.41 | | 0 | $0.00 |
| E███ | Eduardo | 560 | 176.54 | 736.54 | | 0 | $0.00 |
| R███ | Dawn | 560 | 181.7 | 741.7 | | 0 | $0.00 |
| F███ | Melissa | 560 | 109.59 | 669.59 | | 0 | $0.00 |
| M███ | Gregory | 410.62 | 109.43 | 520.05 | | 0 | $0.00 |
| B███ | Tucker | 560 | 131.04 | 691.04 | | 0 | $0.00 |
| S███ | Arturo | 551.34 | 174.26 | 725.6 | | 0 | $0.00 |
| H███ | Danielle | 560 | 209.96 | 769.96 | 228.31 | 31.13 | $259.44 |
| M███ | Courtney | 35.38 | | 35.38 | | 0 | $0.00 |
| B███ | Nathaniel | 277.31 | 57.75 | 335.06 | | 0 | $0.00 |
| C███ | James | 560 | 175.59 | 735.59 | | 0 | $0.00 |
| C███ | Diovanni | 98.22 | 19.81 | 118.03 | | 0 | $0.00 |
| G███ | Hollis | 560 | 78.18 | 638.18 | | 0 | $0.00 |
| M███ | Travis | 440 | 41.99 | 481.99 | | 0 | $0.00 |
| S███erSandra | | 30.83 | | 30.83 | | 0 | $0.00 |
| S███ | Edward | 307.9 | | 307.9 | 325 | 0 | $325.00 |
| H███ | Livingston | 320 | | 320 | | 0 | $0.00 |
| F███ | Joe Robert | 160 | 89.61 | 249.61 | | 0 | $0.00 |
| K███ | Thomas | 120 | | 120 | | 0 | $0.00 |
| H███ | ChowJose | 48.18 | | 48.18 | | 0 | $0.00 |
| B███ | Wyatt | 80 | | 80 | | 0 | $0.00 |
| M███ | Brandon | 29.96 | | 29.96 | | 0 | $0.00 |
| H███ | David | | | | 1250 | | $1,250.00 |
| J███william | | | | | 2595.91 | | $2,595.91 |
| N███Cheryl | | | | | 4331.96 | | $4,331.96 |
| S███anthony | | | | | 2403.77 | | $2,403.77 |
| s███christopher | | | | | 2112.02 | | $2,112.02 |
| G███rBrett | | | | | 2057.87 | | $2,057.87 |
| **Totals** | | 75570.63 | 16862.67 | | 106066.05 | 3789.79 | **$109,855.84** |