

ORDERED in the Southern District of Florida on May 1, 2020.

**Erik P. Kimball, Judge**
**United States Bankruptcy Court**

---

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
West Palm Beach Division
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 |
| TOOJAY'S MANAGEMENT LLC, et al., | Case No. 20-14792-EPK |
| | (Jointly Administered) |
| Debtors. | |
| _____/ | |

### *EX PARTE* ORDER GRANTING DEBTOR'S MOTION TO REDACT DEBTORS' EMERGENCY MOTION FOR ENTRY OF AN ORDER AUTHORIZING DEBTORS TO USE CASH COLLATERAL AND PROVIDE ADEQUATE PROTECTION (ECF NO. 11)

THIS MATTER came before the Court upon Debtor's *Ex Parte Motion to Redact Debtors' Emergency Motion for Entry of an Order Authorizing Debtors to Use Cash Collateral and Provide Adequate Protection* (the "**Motion to Redact**"). The Court, having reviewed the Motion to Redact, ORDERS as follows:

1. The Motion to Redact is **GRANTED**.

52940067;1

2. The Clerk of Court shall take all steps necessary to make the Debtors' Emergency Motion for Entry of an Order Authorizing Debtors to Use Cash Collateral and Provide Adequate Protection (ECF No. 11) no longer publicly accessible.

###

**SUBMITTED BY:**
Amanda Klopp, Esq.
Akerman LLP
Las Olas Centre II, Suite 1600
350 East Las Olas Boulevard
Fort Lauderdale, FL  33301-2999
Phone: (954) 463-2700
Fax: (954) 463-2224

Copies furnished to:
Amanda Klopp, Esq. [Attorney Klopp is directed to serve copies of this order on all interested parties and file a certificate of service with the Clerk of Court.]