UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
West Palm Beach Division
www.flsb.uscourts.gov

In re:                                                  Chapter 11
                                                        Case No. 20-14792-EPK
                                                        (Jointly Administered)

TOOJAY'S MANAGEMENT LLC, et al.

      Debtors.
_____/

## CHAPTER 11 CASE MANAGEMENT SUMMARY

In compliance with Local Rule 2081-1(B), the Debtors-in-Possession, TOOJAY'S ACQUISITION, LLC's and TOOJAY'S MANAGEMENT LLC's, (the "Management Debtors") and TOOJAY'S ALTAMONTE, L.L.C., TOOJAY'S AT DR. PHILLIPS, L.L.C., TOOJAY'S BAKERY & COMMISSARY, L.L.C., TOOJAY'S BOYNTON OAKWOOD SQUARE, L.L.C., TOOJAY'S COLONIAL, L.L.C., TOOJAY'S CORAL SPRINGS, L.L.C., TOOJAY'S DANIA BEACH, L.L.C., TOOJAY'S DOWNTOWN GARDENS, L.L.C., TOOJAY'S DOWNTOWN TAMPA, L.L.C., TOOJAY'S GLADES, L.L.C., TOOJAY'S HALLANDALE, L.L., TOOJAY'S JUPITER, L.L.C., TOOJAY'S LAKE WORTH, L.L.C., TOOJAY'S NAPLES, LLC, TOOJAY'S N FT. LAUDERDALE, L.L.C., TOOJAY'S OF LAKE MARY, LLC, TOOJAY'S OF OCOEE, L.L.C., TOOJAY'S OF SARASOTA, L.L.C., TOOJAY'S OF THE VILLAGES, L.L.C., TOOJAY'S OF WEST BOCA, L.L.C., TOOJAY'S PALM BEACH, L.L.C., TOOJAY'S PLANTATION, L.L.C., TOOJAY'S STUART, L.L.C., TOOJAY'S VERO, L.L.C., TOOJAY'S VILLAGES III, L.L.C., TOOJAY'S VLG II, L.L.C., TOOJAY'S WATERFORD LAKES, L.L.C., TOOJAY'S WELLINGTON COMMONS, L.L.C. and TOOJAY'S WEST PALM BEACH, L.L.C. ("the "Subsidiary Debtors"), (collectively, the "Debtors"), hereby file this Chapter 11 Case Management Summary and state:

The following data represents approximations for background information only and the information may represent the Debtors' best estimate in response to some of the ensuing questions.

1.    Date of Order for Relief under chapter 11 (filing date of petition if voluntary chapter 11 petition):

      April 29, 2020

2.      Names, case numbers and dates of filing of related debtors[1]:

| Name of debtor | Case number | Date of filing |
|---|---|---|
| TOOJAY'S MANAGEMENT LLC | 20-14792-EPK | 4/29/2020 |
| TJ ACQUISITION, LLC | 20-14793-EPK | 4/29/2020 |
| TOOJAY'S BAKERY & COMMISSARY, L.L.C. | 20-14836-EPK | 4/29/2020 |
| TOOJAY'S ALTAMONTE, L.L.C. | 20-14831-EPK | 4/29/2020 |
| TOOJAY'S AT DR. PHILLIPS, L.L.C. | 20-14835-EPK | 4/29/2020 |
| TOOJAY'S BOYNTON OAKWOOD SQUARE, L.L.C. | 20-14837-EPK | 4/29/2020 |
| TOOJAY'S COLONIAL, L.L.C. | 20-14845-EPK | 4/29/2020 |
| TOOJAY'S CORAL SPRINGS, L.L.C. | 20-14830-EPK | 4/29/2020 |
| TOOJAY'S DANIA BEACH, L.L.C. | 20-14833-EPK | 4/29/2020 |
| TOOJAY'S DOWNTOWN GARDENS, L.L.C. | 20-14834-EPK | 4/29/2020 |
| TOOJAY'S DOWNTOWN TAMPA, L.L.C. | 20-14838-EPK | 4/29/2020 |
| TOOJAY'S GLADES, L.L.C. | 20-14839-EPK | 4/29/2020 |
| TOOJAY'S HALLANDALE, L.L.C. | 20-14846-EPK | 4/29/2020 |
| TOOJAY'S JUPITER, L.L.C. | 20-14848-EPK | 4/29/2020 |
| TOOJAY'S LAKE WORTH, L.L.C. | 20-14829-EPK | 4/29/2020 |
| TOOJAY'S NAPLES, LLC | 20-14849-EPK | 4/29/2020 |
| TOOJAY'S N FT. LAUDERDALE, L.L.C. | 20-14828-EPK | 4/29/2020 |
| TOOJAY'S OF LAKE MARY, LLC | 20-14857-EPK | 4/29/2020 |
| TOOJAY'S OF OCOEE, L.L.C. | 20-14854-EPK | 4/29/2020 |
| TOOJAY'S OF SARASOTA, L.L.C. | 20-14850-EPK | 4/29/2020 |
| TOOJAY'S OF THE VILLAGES, L.L.C. | 20-14847-EPK | 4/29/2020 |
| TOOJAY'S OF WEST BOCA, L.L.C. | 20-14844-EPK | 4/29/2020 |
| TOOJAY'S PALM BEACH, L.L.C. | 20-14851-EPK | 4/29/2020 |
| TOOJAY'S PLANTATION, L.L.C. | 20-14852-EPK | 4/29/2020 |
| TOOJAY'S STUART, L.L.C. | 20-14853-EPK | 4/29/2020 |
| TOOJAY'S VERO, L.L.C. | 20-14855-EPK | 4/29/2020 |
| TOOJAY'S VILLAGES III, L.L.C. | 20-14856-EPK | 4/29/2020 |
| TOOJAY'S VLG II, L.L.C. | 20-14843-EPK | 4/29/2020 |
| TOOJAY'S WATERFORD LAKES, L.L.C. | 20-14842-EPK | 4/29/2020 |
| TOOJAY'S WELLINGTON COMMONS, L.L.C. | 20-14841-EPK | 4/29/2020 |
| TOOJAY'S WEST PALM BEACH, L.L.C. | 20-14840-EPK | 4/29/2020 |

3.      Description of debtor's business:

Debtors operate a chain of 28 restaurants in Florida that serve breakfast, lunch, and dinner. These restaurants also offer take-out and catering services. It also operates a bakery.

---

[1] There are four operating entities that are subsidiaries of TooJay's Management LLC that are not debtors which are: TooJay's Pembroke Pines, L.L.C., TooJay's of Lakeland, L.L.C., TooJay's Polo, L.L.C., and TooJay's.com, L.L.C.

52974100;1

4.    Locations of debtors' operations and whether the business premises are leased or owned:

All of Debtors' locations are located in Florida and are leased.

| Location description | Address |
|---|---|
| Altamonte Springs Restaurant – Palm Springs Shopping Center | 515 East Altamonte Drive, Altamonte Springs, FL, USA |
| Boca Raton Restaurant – Glades Plaza | 2240 Northwest 19th Street, Boca Raton, FL, United States |
| Boca Raton Restaurant – Regency Court Plaza | 3013 Yamato Road, Boca Raton, FL, United States |
| Boynton Beach Restaurant – Oakwood Square | 398 North Congress Avenue, Boynton Beach, FL, USA |
| Colonial Restaurant – Colonial Market Place | 2624 East Colonial Drive, Orlando, FL, USA |
| Coral Springs Restaurant – The Walk at University | 2880 North University Drive, Coral Springs, FL, USA |
| Dania Beach – Dania Pointe | 131 S Compass Dr, Dania Beach, FL 33004 |
| Downtown Tampa Restaurant – SunTrust Financial Centre | 401 East Jackson Street, Tampa, FL, USA |
| Dr. Phillips Restaurant – Southwest Orlando | 7600 Dr. Phillips Boulevard, Orlando, FL, USA |
| Fort Lauderdale | 2980 N Federal Hwy, Fort Lauderdale, FL 33306, USA |
| Hallandale Beach Restaurant – Hallandale Place | 1430 East Hallandale Beach Boulevard, Hallandale Beach, FL, USA |
| Jupiter Restaurant – Bluffs Shopping Center | 4050 U.S. Highway 1, Jupiter, FL, United States |
| Lake Mary Restaurant – Lake Mary Centre | 3577 Lake Emma Road, Lake Mary, FL, USA |
| Lake Worth Restaurant – Lake Worth | 419 Lake Avenue, Lake Worth, FL, USA |
| Naples – Mercato Plaza | 9105 Strada Place, Naples, FL 34108, USA |
| Ocoee Restaurant – Shoppes at Ocoee | 10185 West Colonial Drive, Ocoee, FL, USA |
| Palm Beach Gardens Restaurant – Downtown Palm Beach Gardens | 11701 Lake Victoria Gardens Avenue, Palm Beach Gardens, FL, USA |
| Palm Beach Outlets Restaurant – West Palm Beach | 1721 Palm Beach Lakes Boulevard, West Palm Beach, FL, USA |
| Palm Beach Restaurant – Royal Poinciana Plaza | 313 Royal Poinciana Way, Palm Beach, FL, USA |
| Plantation Restaurant – The Fountains | 801 South University Drive, Plantation, FL, USA |
| Sarasota Restaurant – Westfield Siesta Key | 3501 South Tamiami Trail, Sarasota, FL, USA |
| Stuart Restaurant – Regency Square | 2504 Southeast Federal Highway, Stuart, FL, USA |
| The Villages Restaurant — Brownwood Paddock Square | 2835 Brownwood Boulevard, The Villages, FL, USA |
| The Villages Restaurant – Lake Sumter Landing | 1129 Canal Street, The Villages, FL, USA |
| The Villages Restaurant – Village of Spanish Springs | 990 Del Mar Drive, Lady Lake, FL, USA |
| Vero Beach Restaurant – Treasure Coast Plaza | 555 21st Street, Vero Beach, FL, USA |
| Waterford Lakes Restaurant – East Orlando Location | 715 North Alafaya Trail, Orlando, FL, USA |
| Wellington Restaurant – Wellington Green Commons | 2605 State Road 7, Wellington, FL, USA |

5.    Reasons for filing chapter 11:

The dramatic reduction in revenue due to mandatory closures in response to the COVID-19 pandemic is the primary reason why the Debtors are filing for chapter 11.

6.    List of officers and directors, if applicable, and their salaries and benefits at the time of filing and during the 1 year prior to filing:

| Name of entity | Position of officer or director | Name | Description of salaries and benefits at time of filing and during the 1 year prior to filing |
|---|---|---|---|
| TooJay's Management LLC | CEO | Max Piet | Salary $348.1K plus 40% Bonus; Health Benefits; Vacation |
| TooJay's Acquisition, LLC | CEO | Max Piet | Salary $348.1K plus 40% Bonus; Health Benefits; Vacation |
| TooJay's Management LLC | VP Finance | Kevin Gagnon | Salary $193.1K plus 30% Bonus; Health Benefits; Vacation |
| TooJay's Acquisition, LLC | VP Finance | Kevin Gagnon | Salary $193.1K plus 30% Bonus; Health Benefits; Vacation |
| TooJay's Management LLC | Sr VP Operations | David(Alan) Nuckles | Salary $218.5K plus 35% Bonus; Health Benefits; Vacation |
| TooJay's Acquisition, LLC | Sr VP Operations | David(Alan) Nuckles | Salary $218.5K plus 35% Bonus; Health Benefits; Vacation |
| TooJay's Management LLC | VP Marketing | Robin Bayless | Salary $178K plus 30% Bonus; Health Benefits; Vacation |
| TooJay's Acquisition, LLC | VP Marketing | Robin Bayless | Salary $178K plus 30% Bonus; Health Benefits; Vacation |
| TooJay's Management LLC | VP Human Resources | Art Sanders | Salary $135.1K plus 30% Bonus; Health Benefits; Vacation |
| TooJay's Acquisition, LLC | VP Human Resources | Art Sanders | Salary $135.1K plus 30% Bonus; Health Benefits; Vacation |
| TooJay's Management LLC | Director of Operations | Brett Carper | Salary $139.2K plus 20% Bonus; Health Benefits; Vacation |
| TooJay's Acquisition, LLC | Director of Operations | Brett Carper | Salary $139.2K plus 20% Bonus; Health Benefits; Vacation |

7. Debtors' fiscal or calendar year to date gross income and the Debtors' gross income for the calendar or fiscal year prior to the filing of this petition:

| Name of Debtor | Fiscal or calendar year to date gross income (March YTD) | Debtor's gross income for the calendar year or fiscal year prior to the filing on 4/29/2020 |
|---|---|---|
| TooJay's Management LLC | $20,631,372 | $81,420,560 |
| TooJay's Acquisition, LLC | $0 | $0 |

8. Amounts owed to various creditors:

a. Obligations owed to priority creditors including priority tax obligations:

Property taxes are due by July 1, 2020 (those amounts are included in the budget). Debtor is in the process of reporting escheatment to the state for 2091. Priority wage claims were identified in the prepetition wage motion and are anticipated to be fully satisfied when the next payroll is paid.

b.  With respect to creditors holding secured claims, the name of and amounts owed to such creditors and a description and estimated value of all collateral of the debtor securing their claims:

| Lender | Loan Description | Principal | Interest | Deferred amendment fees | Legal fees | Estimated total as of 5/1/2020 |
|---|---|---|---|---|---|---|
| Monroe Lenders[2] | Revolving loan | $1,000,000.00 | $8,432.55 | $38,750.00 | $12,859.50 | $1,008,432.55 |
| | Term A loan | $21,780,000.00 | $183,660.76 | | | $21,963,660.76 |
| | Term B loan | $2,985,000.00 | $25,171.13 | | | $3,010,171.13 |
| Brookside Lenders[3] | Notes | $7,265,236.00 | $130,872.00 | | | $7,396,108.00 |
| TOTAL SECURED DEBT (including deferred amendment fees and legal fees) | | | | | | **$33,429,981.94** |

| Type of collateral | Description | Approximate value as of 4/29/2020 |
|---|---|---|
| Cash collateral | Cash and cash equivalents | $5,759,149 |
| | Accounts receivable | $619,202 |
| | **TOTAL CASH COLLATERAL** | **$6,378,351** |
| Other tangible and intangible collateral | Inventories and supplies | $592,712 |
| | Equipment and leasehold improvements | $14,818,075 |
| | Other intangible assets (IP, non-competes, and favorable leases)* | $7,593,334 |
| | Deposits and other assets | $25,235 |
| | Value of pledged stock for all entities | unknown |
| | Goodwill* | $7,593,334 |
| | **TOTAL OTHER COLLATERAL** | **$30,622,690** |
| *Values for these intangible assets are estimated and reflect impairment due to COVID-19* | | |
| **TOTAL VALUE OF ALL COLLATERAL** | | **$37,001,041** |

| | |
|---|---|
| Amount of secured debt | $33,429,982 |
| Amount that collateral exceeds secured debt | $3,571,059 |

c.  Amount of unsecured claims:

---

[2] These loans are across the following entities: Monroe Capital Corporation, Monroe Private Equity Fund II LP, Monroe Capital Private Credit Fund II (Unleveraged) LP, Monroe Capital Private Credit Fund III LP, Monroe Capital Private Credit Fund III (Unleveraged) LP, Monroe Private Credit Fund A LP, Monroe Capital Private Credit Fund I LP, and MC Financing SPV I, LLC.  The amount currently owed to each entity is unknown at this time, but the totals listed are correct to the best of debtors' knowledge.

[3] These loans are across Brookside Mezzanine Fund II, L.P. and Brookside Mezzanine Fund III, L.P.  The amount currently owed to each entity is unknown at this time, but the total listed is correct to the best of debtors' knowledge.

| Type of claims | TooJay's Acquisition, LLC | TooJay's Management LLC |
|---|---|---|
| Current liabilities (unsecured)<br>- $6.4M PPP loan<br>- $3.8M in trade claims | $0 | $10,200,000 |
| Long-term liabilities - deferred rent (unsecured) | $0 | $2,643,076 |
| TOTAL UNSECURED CLAIMS | $0 | $12,843,076 |

9. General description and approximate value of the debtor's assets[4]:

| Description of asset | Approximate value |
|---|---|
| Cash and cash equivalents | $5,759,149 |
| Accounts receivable | $619,202 |
| Inventories and supplies | $592,712 |
| Prepaid expenses and other current assets* | $2,248,399 |
| Equipment and leasehold improvements | $14,818,075 |
| Goodwill, net** | $7,593,334 |
| Other intangible assets, net (IP, non-competes, favorable leases, etc.)** | $7,593,334 |
| Deferred financing costs, net* | $664,984 |
| Deposits and other assets | $125,237 |
| TOTAL | $40,014,426 |

*These items were not included as collateral above
**Values for these intangible assets are estimated and reflect impairment due to COVID-19

10. List of all insurance policies, the property covered under the policy, the name of the insurer, the policy number, amount of coverage, whether the premium is current, the date the next premium is due and date the policy expires;

Please see the exhibit attached hereto.

11. Number of employees and amounts of wages owed as of petition date:

There are 290 employees and wages due in the amount of $476,099.94 as of April 29, 2020.

[4] TJ Acquisition, LLC's sole asset is ownership of TooJay's Management LLC. The Subsidiary Debtors' primary assets are their respective leasehold interests. This Chapter 11 Case Management Summary summarizes assets on a consolidated basis for all 31 Debtors.

12.    Status of debtor's payroll and sales tax obligations, if applicable. This does not eliminate the obligation of chapter 11 debtors (other than individuals not engaged in business) to provide the more detailed payroll tax information required by Local Rule 2081-1(A):

> Debtors are withholding the amounts required pursuant to the CARES Act, but are not submitting any payroll taxes that are not required to be submitted in accordance with current SBA Guidelines.

> Sales tax in the amount of $402,507 is due on April 30, 2020 and Debtors plan to make that payment.

13.    Anticipated emergency relief to be requested within 14 days from the petition date:

> The Debtors have filed the following motions requesting expedited hearings:

- Debtors' Emergency Motion for Entry of an Order Authorizing Debtors to Use Cash Collateral and Provide Adequate Protection

- Debtor's Emergency Motion for Entry of an Order: (I) Authorizing the Payment of Priority Pre-Petition Wages, Salaries, Earned Bonuses, and Employee Benefits; and (II) Authorizing the Debtor to Continue the Maintenance of Employee Practices and Benefit Plans and Programs in the Ordinary Course of Business

- Debtors' Ex Parte Motion for Joint Administration

- Debtors' Emergency Application for Approval, on an Interim and Final Basis, of Employment of Michael I. Goldberg, Eyal Berger, and the Law Firm of Akerman LLP as General Bankruptcy Counsel for the Debtors-in-Possession Effective as of the Petition Date

- Debtors' Motion to Approve Payment to Critical Vendors

> A hearing date on the first three motions took place on Friday, May 1, 2020. A hearing on the retention application and the motion to approve critical vendors will be heard on May 12, 2020 at 9:30 a.m.

Signature
_____

KEVIN GAGNON
Chief Financial Officer of TooJay's Management LLC
(Name of Corporate Officer or Authorized Representative)

Date: May 4, 2020

**AKERMAN LLP**
*Proposed Attorneys for Debtors-in-Possession*
350 East Las Olas, Blvd., Suite 1600
Ft. Lauderdale, Florida 33301
Tel: (954) 463-2700 / Fax: (954) 463-2224

By: */s/ K. Ingrid Warrner*
Eyal Berger, Esq.
Florida Bar No. 11069
eyal.berger@akerman.com
K. Ingrid Warrner
Florida Bar No. 794481
ingrid.warrner@akerman.com

**<u>CERTIFICATE OF SERVICE</u>**

**I HEREBY CERTIFY** that on May 4, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day by transmission of Notices of Electronic Filing generated by CM/ECF to those parties registered to receive electronic notices of filing in this case.

By: _/s/ *K. Ingrid Warrner*_____

K. Ingrid Warrner
Florida Bar No. 794481

| Policy description | Property covered under policy | Name of insurer | Policy number | Amount of coverage | Is premium current? (Y/N) | Date next premium due | Date policy expires |
|---|---|---|---|---|---|---|---|
| General Liability (includes liquor liability) | All Toolay's Properties | Nationwide | GL000000008439AW | $1M / 2M | Yes | May 8th | 7/15/2019 |
| Auto | All Toolay's Properties | Nationwide | BA000000008438AW | $1M | Yes | May 8th | |
| Umbrella | All Toolay's Properties | Great American | UMB 9999754 | $25,000,000 | Yes | May 8th | 7/15/2019 |
| Property (includes property damage, business interruption, windstorm, earth movement, flood, and boiler machingery) Tiered sublimits | All Toolay's Properties | North American (Swiss Re) | NAP 2002704 01 | $10,000,000 | Yes | May 12 | 7/15/2019 |
| Flood | 555 21st St. Vero Bech, FL 32960 | Wright | 09-1150303232 | $500,000 | Yes | May 8th | 4/17/2021 |
| | 340 Royal Poinciana Plaza, Suite 313 Palm Beach, FL 33480 | Wright | 09-1150303233 | $500,000 | Yes | May 8th | 4/17/2021 |
| Crime | All Toolay's Properties | Travelers | 105960149 | $1,000,000 | Yes | May 8th | 7/15/2019 |
| Fiduciary | All Toolay's Properties | Travelers | 105960149 | $1,000,000 | Yes | May 8th | 7/15/2019 |
| Cyber Liability | All Toolay's Properties | Travelers | 105960149 | $1,000,000 | Yes | May 8th | 7/15/2019 |
| Product Contamination | All Toolay's Properties | Lloyd's of London | TNR 18 8337 | $2,000,000 | Yes | May 8th | 7/15/2019 |
| Foodborne Illness | All Toolay's Properties | Lloyd's of London | TNR 18 8337 | $1,000,000 | Yes | May 8th | 7/15/2019 |
| Director's Liability and Employee Practices Liability | All Toolay's Properties | Chubb | 8251-1201 | $1,000,000 | Yes | May 8th | 7/15/2019 |
| Worker's Compensation | All Toolay's Properties | Zenith | Z071561309 | $500,000 | Yes | May 22nd | 7/15/2019 |

LF-93 (rev. 12/01/09)          Page **10** of **10**
53974100;1