

**ORDERED in the Southern District of Florida on May 20, 2020.**

Erik P. Kimball, Judge
United States Bankruptcy Court

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

**In re:**

**TOOJAY'S MANAGEMENT LLC,** *et al.***,**

    **Debtors.**

_____/

Case No. 20-14792-EPK

Chapter 11
**(Jointly Administered)**

### ORDER SETTING HEARING BY VIDEO CONFERENCE
### ON EMERGENCY MOTION

This matter came before the Court upon the *Debtors' Second Emergency Motion for Interim and Final Orders Authorizing Payment of Prepetition Claims of Critical Vendor* [ECF No. 127] (the "Motion"), filed by TooJay's Management LLC, *et al.* (the "Debtors"). Having considered the motion, the Court ORDERS and ADJUDGES that:

1. The hearing on the Motion [ECF No. 127] shall be held on **May 21, 2020 at 1:30 p.m.**

1

2. The hearing will be conducted by video conference. The *Administrative Order Regarding Hearings by Video Conference* [ECF No. 32] provides the Court's procedure regarding hearings conducted by video conference.

###

Copies furnished to:

Paul Steven Singerman, Esq.

*Paul Steven Singerman, Esq. is directed to serve a conformed copy of this order on all parties in interest and file a certificate of service with the Court.*